# STIKEMAN ELLIOTT

Stikeman Elliott LLP   Barristers & Solicitors
1155 René-Lévesque Blvd. West, 40th Floor, Montreal, Quebec, Canada H3B 3V2
Tel: (514) 397-3000   Fax: (514) 397-3222   www.stikeman.com

Yves Martineau
Direct:  (514) 397-3380
Fax:     (514) 397-3580
E-mail:  ymartineau@stikeman.com

**BY REGISTERED MAIL AND TELECOPIER**          November 6, 2007

**WITHOUT PREJUDICE**

Mr. Boris Zeldin
**REAL VIEW LLC**
1050 Winter St, Suite 1000
Waltham, MA
02451

Re:   Infringement, Improper Use of Intellectual Property and Unfair
      Competition – Real View LLC's ProKitchen Software
      Our file no.: 112622-1015

Sir:

We represent the interests of 20-20 Technologies Inc. ("20-20") with respect to intellectual property matters, and are writing to you on their behalf and in accordance with their instructions.

As you know, our client is one of the world's leading providers of computer-aided design, sales software and manufacturing solution software for the interior design industry, and owns substantial intellectual property assets in Canada and in the United States. Among those assets is the important goodwill and reputation attached to 20-20's unique kitchen design software ("20-20's Software").

It has come to our attention that Real View LLC ("Real View") is currently marketing and distributing a kitchen design software under the trade name "ProKitchen", which is strikingly similar to 20-20's copyrighted software. For example, many of the texts appearing throughout the ProKitchen are virtually identical to those appearing in 20-20's Software, the icons are nearly all virtually identical, and language in the sample floor plan, upon direct comparison, shows strong evidence of direct copy. Furthermore, Real View's ProKitchen has exactly the same overall appearance as 20-20's Software and is therefore more than likely to cause confusion as to the origin of Real View LLC's software product.

It has also been brought to our client's attention that some of Real View's sales representatives and/or agents have represented and insinuated that the ProKitchen is

MONTREAL

TORONTO

OTTAWA

CALGARY

VANCOUVER

NEW YORK

LONDON

HONG KONG

SYDNEY

STIKEMAN ELLIOTT                                              2

"the same as the 20-20 Software". These explicit comments are likely to cause deception and confusion amongst 20-20's current and potential customers, and constitute a misappropriation of 20-20's goodwill.

As such, our analysis leads us to the conclusion that Real View's software infringes on our client's copyrights and constitute clear acts of unfair competition.

Needless to say, our client has no intention of tolerating such a blatant violation of its intellectual property rights. 20-20 transacts business in the United States of America and can avail itself of the American court system.

We have received instructions to retain American counsel and launch legal proceedings against you unless we receive, on or before **November 19, 2007**, written confirmation from a duly authorized officer of your company wherein:

1) you undertake to immediately cease and desist from any and all further copying, manufacturing, distributing, offering for sale and selling Real View's ProKitchen software in the United States, that have been either copied from 20-20's Software or that are confusingly similar in appearance or in function to 20-20's Software;

2) you acknowledge 20-20's copyrights in its exclusive and unique kitchen design software (i.e. 20-20's Software);

3) you undertake to immediately instruct Real View's sales representatives and/or agents to cease and refrain from misrepresenting the ProKitchen software as "the same as the 20-20 Software";

4) you undertake to immediately instruct Real View's sales representatives and/or agents to cease using and referring to 20-20's Software in connection with the sale of Real View's products and services;

5) you undertake to deliver to us any and all infringing copies of Real View's ProKitchen software currently in your possession;

6) you provide us with an accounting of all profits made in connection with the sale of the infringing ProKitchen software;

7) you provide us with the name and address of any and all related or unrelated entities such as consultants or sub-contractors that have participated, either directly or indirectly, in the production of Real View's ProKitchen infringing software;

8) you provide us with the names and address of all persons to whom you have provided and sold copies of the infringing software; and

## STIKEMAN ELLIOTT

3

9) you confirm that you have complied with paragraphs 1 through 8 above and that you will never resume such activities at any time in the future.

Upon receipt of the above information, we will be prepared to discuss an appropriate compensation for the infringement that has occurred to date.

**DO GOVERN YOURSELVES ACCORDINGLY.**

STIKEMAN ELLIOTT LLP

*[signature]*

Yves Martineau

c.c. Benoît Huart – Stikeman Elliott LLP