UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REAL VIEW, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>20-20 TECHNOLOGIES, INC.,<br><br>  Defendant.<br><br>20-20 TECHNOLOGIES, INC.,<br><br>  Counterclaim Plaintiff,<br><br>  v.<br><br>REAL VIEW, LLC<br><br>  Counterclaim Defendant, and<br><br>BORIS ZELDIN AND LEONID PERLOV<br><br>  Additional Party Defendants<br>  in Counterclaim. | CIVIL ACTION NO. 07-12157 |

**LIST OF ALLEGED SIMILARITIES IN 20-20
TECHNOLOGIES, INC.'S EXPERT REPORT**

| # | ITEM DESCRIPTION | PAR. IN DAVIS EXPERT REPORT |
|---|---|---|
| 1 | Overall screen layout | 19 - 21 |
| 2 | Window subdivided into plan/elevation view | 23 |
| 3 | Change in one view updates the other view | 23 |
| 4 | Views can be switched with tabs, tabs can be | 24 |

|    | renamed                                                                                            |        |
|----|----------------------------------------------------------------------------------------------------|--------|
| 5  | Main menus                                                                                         | 27     |
| 6  | File menu ("Save as Image")                                                                        | 29     |
| 7  | Edit menu ("Attributes")                                                                           | 29     |
| 8  | View menu                                                                                          | 29     |
| 9  | Place menu                                                                                         | 29     |
| 10 | Dimensions menu                                                                                    | 29     |
| 11 | Notes/Comments menu                                                                                | 29     |
| 12 | Horizontal tool bar (icons)                                                                        | 30, 31 |
| 13 | Vertical toolbar                                                                                   | 32, 33 |
| 14 | Sub-windows on left side of screen                                                                 | 34, 35 |
| 15 | Catalog Panel for product selection                                                                | 36     |
| 16 | Search of products in the Catalog                                                                  | 37     |
| 17 | Switching description of products in the Catalog on/off                                            | 38     |
| 18 | Display settings box – items tab                                                                   | 39     |
| 19 | Display settings box  – dimensions tab                                                             | 41     |
| 20 | Display setting box – grid tab                                                                     | 42     |
| 21 | Display setting box – units tab                                                                    | 43     |
| 22 | Wall draw icons (pencil design)                                                                    | 44     |
| 23 | "Construction line" terminology                                                                    | 45     |
| 24 | Use of construction line as a type of "wall"                                                       | 46     |
| 25 | Wall draw edit box                                                                                 | 47, 48 |
| 26 | Placement zone feature                                                                             | 49     |
| 27 | Sequence of mouse clicks to draw a wall                                                            | 50     |
| 28 | Menu to edit a wall                                                                                | 51     |
| 29 | Presentation of "wall groups"                                                                      | 52     |
| 30 | Rotating a wall with the mouse                                                                     | 53     |
| 31 | Wall properties menu                                                                               | 54, 55 |
| 32 | Placing an item on the work area                                                                   | 56     |
| 33 | Use of placement zone to place object against wall, against a construction line or left free-standing (outside zone) | 58     |
| 34 | Collision detection                                                                                | 58     |

| 35 | Place menus | 59 |
|---|---|---|
| 36 | Place toolbar | 60 |
| 37 | Catalog navigation box | 61 |
| 38 | Find/search interface | 62 |
| 39 | Edit box for placing an item | 63 |
| 40 | Context menu for cabinets and other objects | 64 |
| 41 | Attributes menu | 65 |
| 42 | Size control interface | 65 |
| 43 | Note feature with "tag" number | 66 |
| 44 | Bill of Materials (BOM) interface – choice of nomenclature | 67 |
| 45 | Styles and Pricing Interface | 68 |
| 46 | Legend | 69, 70, 72 |