**Davis Report, Item 1\* - Comparison of Overall Screen Layouts of 20-20 Design and ProKitchen**

Dr. Randall Davis compares the overall layouts of ProKitchen and 20-20 Design, noting the presence of a large work-area on the right side of the screen and a series of sub-windows, or "panels", on the left side of the screen.

This layout is common to many computer aided design programs. The area to the right is often called the "work area", where the user creates the design. The use of a "grid" pattern is common to almost all computer aided design programs.

It is common for information relating to a project to be presented in sub-menus or panels on either the right or left side of the screen. The screenshots below show the two programs in a variety of modes – with panels, without panels, and with the panels in different locations.  The screenshots also show the use of this feature in other computer aided design programs.

\* References to Item 1, Item 2, and so forth, are based on the list of 46 items identified in the Expert Report of Dr. Randall Davis, submitted by 20-20 Technologies, Inc., as compiled by Real View.  The complete list is Exhibit A to the Affidavit of Dr. Boris Zeldin.

**Overall Screen Layout - 20-20 Design**                    **Report, Item 1**



This panel provides context sensitive information while the program is in use; here it is providing instructions on how to manipulate the cabinet that is the subject of the current operation. It can show 3D objects and dimensions, depending on what the user is doing. ProKitchen does not have this feature.

This panel shows the location of a product on the grid, an important piece of information as the item is being placed or moved on the grid.

20-20 Design uses a different approach to showing its product databases. Unlike ProKitchen which uses a "Windows" style presentation, 20-20 Design lists categories of products in a hierarchical order in the upper part of the panel and lists products by manufacturer model number or SKU in the bottom part of the panel.

Search field

**Overall Screen Layout - ProKitchen**                    **Davis Report, Item 1**



List of designs created by the user. 20-20 Design does not have this feature

Image of the item being placed – usually a cabinet, but could be an appliance or other kitchen accessory. Illustrating the kitchen items is an essential feature of a kitchen design program, and is present in many similar programs

This "edit" panel shows the location on the grid of the cabinet and its angle orientation.

The catalog box shows the user the database of products in a standard "Windows" file format – here the user sees the folders that contain products.

Here the user sees products in the folder selected in the box directly above

Search field



Kitchen Draw is a kitchen design program. Kitchen Draw places its panels in a predefined position on the right of the screen. The Panel shows a list of products, the dimensions of the item and provides a picture of the product being selected for placement in the design, just as 20-20 Design and ProKitchen do. As in ProKitchen and 20-20 Design, the user may close these panels

**Overall Screen Layout - Pro100**                    **Davis Report, Item 1**



Pro100 is another interior design program.
Pro100 has panels showing products in the Windows-like file system on the right screen, but the panel is movable anywhere on the screen. As in ProKitchen and 20-20 Design, the user may close these panels

Also note use of tabs (relevant to a later point)

**Overall Screen Layout - ProEngineer**                          **Davis Report, Item 1**



ProEngineer is a leader in the area of CAD software and is a product of Parametric Technology Corporation in Waltham, MA. Here it shows a presentation of an assembly part. The panel that enables the design is located to the left of the work area for the assembly. This panel includes information on the design, its components, and features that could be applied to the design. The user has the option of closing the panel.

**Overall Screen Layout - Catia**                                    **Davis Report, Item 1**



Catia is a CAD program developed by IBM. Here it shows a presentation of an assembly part. The panel that enables the design is located to the left of the work area.
The user has the option of closing the panel, as in ProKitchen and 20-20 Design

**Overall Screen Layout - Unigraphics**                    **Davis Report, Item 1**



UniGraphics NC is a CAD program developed by Siemans. Here it shows the work area with a sketched geometric surface. The information panel that enables the design is located to the left of the work area. The user has the option of closing the panel, as in ProKitchen and 20-20 Design



ANSYS is a CAD system used by structural engineers. This image shows information panels to the left and to the right of the main work area of the program. The user has the option of closing the panels.

Note also the use of a tabbed interface

**Overall Screen Layout – Autodesk Inventor**          **Davis Report, Item 1**



Autodesk Inventor is a popular CAD program.  This image shows a large work area used for visualizing the design.  The information panel is located to the left of the work area. The user has the option of closing the panel.

**Overall Screen Layout – Autodesk Naviswork**          **Davis Report, Item 1**



Naviswork is a CAD program developed by Autodesk.  This image shows a large work area used for visualizing the design.  The information panels are located to the left of the work area. The user has the option of closing these panels

**Overall Screen Layout – Sweet Home 3D**                    **Davis Report, Item 1**



Sweet Home 3D is a CAD program for home owners and interior decorators. It contains the main work area split between the plan view and 3D view. Information panel with a library of products is placed to the left of the work area.

**Overall Screen Layout - Revit Architecture**            **Davis Report, Item 1**



Revit Architecture is another leading CAD program that is used for Architectural design. Here it shows a plan of a building in the main work area. The left part of the window shows a list of components for the current design and a list of tools that can be used to make changes to the design.

Also note the use of icons to the left which contain such features as draw walls, place windows, doors, furniture, or other objects relevant to the Architectural application.



Also note the use of icons to the left to draw walls or place windows, doors, furniture, dimension lines, or other objects relevant for the Architectural application.

ArhiCAD is another Architectural CAD program. Here it shows a plan of a building in the main work area. The right part of the program shows a Windows-like file system that contains components for the current design and a list of tools that can be used to make changes to the design.  Note that this panel could be moved to the left side of the window. And, as in ProKitchen and 20-20 Design, the panel can be closed altogether

**Overall Screen Layout - Mitek**                    **Davis Report, Item 1**



Mitek 20/20 is a CAD program. Here it shows a plan of a building in the main work area. The right part of program shows panels with a file-like system that contains components for the current design.
As in ProKitchen and 20-20 Design, these panels can be closed

**Overall Screen Layout – Chief Architect**          **Davis Report, Item 1**



Chief Architect is an Architectural CAD program that was used by Dr. Davis for comparison in his Expert Report. This image was created by Dr. Davis and is shown in paragraph 75 of his report.

Note the library of products organized into a Windows-like file system similar to ProKitchen's Catalog.  Also, note an information panel that shows a preview of a product from the library.  Though the library panel and the information panel are placed to the right of the work area by Dr. Davis, they could be moved to the left. The panels can be closed, as in ProKitchen and 20-20 Design.



This image shows the layout of Chief Architect with information panels to left of the work. These panels can be closed, as in ProKitchen and 20-20 Design.

**Overall Screen Layout - ProKitchen**                    **Davis Report, Item 1**



In ProKitchen the panels are fixed on the left side of the screen.  However, the user may elect to have any combination of panels, or no panels at all.  In this example only the catalog panel is opened. Note that although this gives the appearance of being two panels, it is one panel.

Note use of tabs. Each tab can contain a different design presentation.  The tabs may be renamed by the user (e.g., Kitchen Design 1, Kitchen Design 2 ....)

**Overall Screen Layout - 20-20 Design**                    **Davis Report, Item 1**



In 20-20 Design the panels are not fixed – they can be separated and moved around the screen to suit the user, as shown in this example.

Search field

**Overall Screen Layout - 20-20 Design**                    **Davis Report, Item 1**



In 20-20 Design the information panel, the drag and drop panel, and toolbars could be moved to the right part of the screen as shown in this example.

Search field

Note use of tabs; however, the appearance is different from ProKitchen.

**Overall Screen Layout - 20-20 Design**                    **Davis Report, Item 1**



Here is an example of ProKitchen with all of the panels closed. This is a typical appearance of the program. By closing the panels the user maximizes the work area.

Renamable tabs

**Overall Screen Layout – 20-20 Design**                    **Davis Report, Item 1**



Here is an example of 20-20 Design with no panels opened. As noted above, this is a typical appearance of the program.

Renamable tabs

**Main Window Subdivided into plan/elevation views and Simultaneous Updating**          **Davis Report, Items 2 & 3**

Creating "multiview" drawings of an object (more than two views at the same time) is common in computer aided design software.

Many CAD systems allow the user to see two or more views of a plan by splitting the screen, by switching between different views, or both.  The screenshots below illustrate this feature for various software programs, including 20-20 Design, ProKitchen, Configura, Sweet Home 3D, Revit Architecture, and ArchiCAD.

**Main Window Subdivided and Simultaneous Updating – 20-20 Design**          **Davis Report, Items 2 & 3**



20-20 Design gives the user the option of splitting the work area into halves, and seeing the "elevation view" and the "plan view" at the same time, as illustrated here.

The "elevation view" is sometimes thought of as the "front view," as if you were standing in front of a wall and looking at it straight on.

The "plan view" is a two dimensional representation of a design in which the drawing is viewed from above. This is also sometimes referred to at the "top view."

These two views are basic to architectural design, and are present in many CAD software programs.

Note that all of the panels have been closed in this view.

**Main Window Subdivided, and Simultaneous Updating – ProKichen**          **Davis Report, Items 2 & 3**



This is a screen shot of ProKitchen, with the elevation view on top and the plan view on the bottom.

It would be impractical to split the view vertically due to mathematical constraints associated with room dimensions.

The only other alternative would be to limit the user to seeing each "view" on a full screen, rather than see the two views simultaneously.  However, if Real View were forced to take that approach it could put its software at a disadvantage in the eyes of some prospective customers or users.