**Main Window Subdivided, and Simultaneous Updating – Sweet Home 3D**     Davis Report, Items 2 & 3



**Main Window Subdivided, and Simultaneous Updating – Configura CET**           Davis Report, Items 2 & 3



Configura CET is a kitchen design program CAD program that was used by Dr. Davis for comparison in his Expert Report. This image was created by Dr. Davis and is shown in paragraph 77 of his Report.

The program splits the work-area into 2 halves. Here the top part shows the plan view of a design and the bottom part shows isometric view of the design.

Main Window Subdivided, and Simultaneous Updating – Revit Architecture          Davis Report, Items 2 & 3



**Main Window Subdivided, and Simultaneous Updating – Revit Architecture**     Davis Report, Items 2 & 3



**Main Window Subdivided, and Simultaneous Updating – ArchiCAD**   **Davis Report, Items 2 & 3**



**Main Window Subdivided, and Simultaneous Updating – ProKichen with 4 Panels**   Davis Report, Items 2 & 3



ProKitchen goes far beyond 20-20 Design's ability to show Plan view and Elevation view at the same time. As shown on the screen to the right, ProKitchen can present up to four functional windows - Plan view, Elevation view, Bill of Materials and Global Options, at the same time. The user can move from panel to panel in order to activate and use that panel. Changes in one panel have a "ripple effect" and are shown in the other panels

**Main Window Subdivided – ProKichen with Elevation & BOM views**          Davis Report, Items 2 & 3



Here is another example of two panels in ProKitchen. The top panel shows the Bill of Materials (BOM), and the bottom panel the elevation view. The numbered lines in the top panel/BOM are associated with the corespondingly numbered items in the elevation view, and a change in one area will result in a change in the other. 20-20 Design does not have this feature.

**Views can be switched with tabs**   **Davis Report, Items 4**

In paragraph 24 Dr Davis states that the two programs are similar because "both the plan and elevation windows have multiple tabs…."

Tabs are extensively used in a majority of Interior Design Programs and in many other programs. Images on this page show examples of tabs in ProKitchen, 20-20 Design, Pro100, Configura CET, and AutoCAD.

Tabs are always located on the top or the bottom of the screen.

ProKitchen



2020 Design



Configura CET

Pro100





AutoCAD (AcadXtabs)



Page 33

Menu items for ProKitchen and 20-20 Design are show on this image.
Items circled in red are standard Microsoft Windows Menu Choices.



ProKitchen

20-20 Design

In paragraph 27 Dr. Davis asserts that the main menu commands in the two programs are similar.  However, Place is the only common menu Item for ProKitchen and 20-20 Design.

Page 34

These drop-down menus are used to edit elements of the design or the design itself. The only item on this screen that Dr. Davis references is ProKitchen's use of the term "attribute".

"Attributes" is an extremely common command in design software – it allows the user to define the "attributes" of items – for example the size of a cabinet or the properties of a wall.

20-20 Design uses the term "attributes" for products (such as cabinets) only, while ProKitchen uses the term "attributes" universally.

The only two practical terms that can be used for this purpose are "attributes" and "properties", and 20-20 Design uses them both. ProKitchen uses only one.

In addition, there is no other place where this command (attribute) could be logically put – it typically appears under the edit drop-down menu.

ProKitchen

20-20 Design




Page 35

| View Menu | Davis Report, Item 8 |
|---|---|

20-20 Design    ProKitchen

In paragraph 29 Dr. Davis asserts that the arrangement of the "View" drop-down menus is similar.

These menus are displayed to the right.

The icons are dissimilar.

The command "Elevation" logically goes in the View menu (as in "view elevation"). Likewise, the Bill of Material (or BOM) is a list of items currently in the design, and once again, this logically appears in the view menus – the user views the bill of materials.




Page 36

**Place Menu**                                              **Davis Report, Item 9**

Dr. Davis' Report includes the two screens from the Place menu. The screens (to the right) are dissimilar.

The icons are dissimilar.

The item labels are the same as one would expect in a kitchen design program where the user must place objects on a room plan: walls, cabinets, appliance, countertop, and trim appear in both menus, but in a different order.

Most of the items in 20-20 Design menu do not appear in the ProKitchen menu:

-construction lines
-openings and obstacles
-plumbing fixtures
-attachments
-miscellaneous items
-symbols, variation
-custom cabinets



20-20 Design



ProKitchen

Page 37

**Dimensions / Measurements Menu**                     **Davis Report, Item 10**

This image shows the 20-20 Design Dimensions menu (to the left) and the ProKitchen Measurements menu (to the right)
Dr. Davis observes that the Dimensions menu (20-20 Design) and Measurements menu (ProKitchen) are similar.

However, the terms "aligned", "horizontal", "vertical" and "angular" are standard architectural terms.
The use of a two-sided arrow is standard architectural notation, but the icons for these notations are different, given the limited way of designing them. The menus use a different color scheme. The icons for point to line and line to line are highly dissimilar. The command "Point to Point" does not appear in the ProKitchen Menu



The dimensions Menu from AutoCad is shown below. As can be seen, the use of lines and arrows is standard in architectural software.



Page 38

**Dimensions / Measurements Menu**   Davis Report, Item 10



This image shows yet more striking similarity of using line and arrows for measurement icons.
Here ProKitchen icons are compared with icons from Punch Interior Design Suite.

Punch Interior Design Studio

ProKitchen

Page 39

**Notes/ Comments Menu**                                                                      **Davis Report, Item 11**

In paragraph 29 Dr. Davis states that the menu Notes/Comments show "same two of tree choices, in same order".

The Notes menu from 20-20 Design (to the left) and the Comments menu from ProKitchen (to the right) are dissimilar. Labels are different and ProKitchen does not present any icons. In addition 20-20 Design uses standard Windows icons for corresponding menu elements (the "A" and the "/" are standard icons).

     

20-20 Design                                                ProKitchen

**Horizontal Toolbar**                                                                 **Davis Report, Item 12**

In the screenshots below, the 20-20 Design Toolbar is shown on the bottom, the ProKitchen toolbar is shown on the top.

In paragraph 30, Dr. Davis wrongly identified the ProKitchen toolbar. Here ProKitchen toolbar is shown on the top. Dr. Davis has this reversed in error.

Unlike in ProKitchen, the division of icons into vertical and horizontal toolbars is artificial in 2020. Icons may be moved arbitrarily in 20-20 Design and can form an additional toolbar at any place on the computer screen. Icon in the ProKitchen toolbar cannot be moved and have a fixed location.  I compare icons on the toolbars based not on their order but on similarities of the underlying features.

The items in red blocks on the ProKitchen toolbar are standard Windows icons: new file, open file, close file, save, print, copy, cut, paste, delete, undo, redo, print, print preview, select.



**Horizontal Toolbar**                                                                 **Davis Report, Item 12**

As can be seen below, the only items that bear any resemblance at all on the remainder of the tool bar are the three "zoom" icons (which have been isolated below). These features are common to almost every design program, and are represented as a magnifying glass. In addition to ProKitchen and 20-20 software, the magnifying glass icons from Kitchen Draw, Chief Architect, Revit Architecture, and Configure CET are shown below.



Page 42

**Vertical Toolbar**                                                                 **Davis Report, Item 13**

In paragraph 32 Dr. Davis asserts that the vertical toolbars of the two programs are substantially similar. The toolbars are a collection of icons. On this page I compare the icons from the top section of the tool bars, which allow users to draw walls. The remainder of the vertical tool bars is discussed on the following page. The icons in these parts of the toolbars are all different in appearance, and they represent different functions. For example the "pencil" icons in ProKitchen are used to sketch a chain of wall or a chain of construction lines. In 20-20 Design the pencil icons allow the user to select the mode of drawing, i.e. if the drawing should be a drawing of walls or construction lines. To draw an actual wall in 20-20 Design, the user must press another icon (any of the remaining 4 icons) and a corresponding chain of walls or construction lines appears. In addition, the methods of drawing L-shaped walls, U-shaped walls, and Rectangular/Closed rooms are different.



20-20 Design          ProKitchen

Page 43

**Vertical Toolbar**                                                                 **Davis Report, Item 13**

This page compares the "place" toolbar items in ProKitchen (to the right) and in 2020 Design (to the left). Though the buttons on this toolbar allow the user to perform similar features that are expected from a Kitchen design program, like placing a cabinet or an appliance, the icons are dissimilar. In addition, the majority of buttons on these toolbars have nothing in common. Double asterisk indicates a feature that does not appear in the other program.



20-20 Design        ProKitchen

Page 44

**Vertical toolbar**                                                                 **Davis Report, Item 13**

The graphics of icons for dimensions has been discussed previously. The use of a two-sided arrow is standard architectural notation, but the icons for these notations are different, given the limited way of designing them. The menus use a different color scheme. Similar icons can be found in multitude of Interior Design and CAD programs



20-20 Design    ProKitchen

Page 45