**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Real View, LLC.,<br><br>　　　　　Plaintiff<br><br>v.<br><br>20-20 Technologies, Inc.<br><br>　　　　　Defendant | No. 07-12157 |

**EXPERT REPORT OF**

**RANDALL DAVIS**

5 May 2009

**Contents**

**I.    INTRODUCTION** ................................................................................................ 3

**II.   SUMMARY AND OVERVIEW OF THIS REPORT** ................................................ 5

**III.  BACKGROUND** ................................................................................................ 6

**IV.   COMPARING 20-20 DESIGN AND PROKITCHEN** ................................................ 6

**V.    COMPARING OTHER PROGRAMS** ........................................................... 38

**VI.   CONCLUSIONS** ........................................................................................... 44

## I.        INTRODUCTION

1.  I am a Professor of Computer Science at the Massachusetts Institute of Technology. I have been retained by counsel for 20-20 Technologies to examine and compare 20-20 Design and ProKitchen.

2.  My background and experience are detailed in Exhibit A. In brief, I am a Professor of Computer Science at the Massachusetts Institute of Technology, having received an undergraduate degree from Dartmouth, graduating summa cum laude, Phi Beta Kappa in 1970, and a Ph.D. from Stanford University in artificial intelligence in 1976. I came to M.I.T. as an assistant professor in 1978, and served for five years as Associate Director of the M.I.T. Artificial Intelligence (A.I.) Laboratory. From 2004 until 2007 I served as a Research Director in the 850-person M.I.T. Computer Science and Artificial Intelligence Laboratory that resulted from the merger of the A.I. Lab and the Lab for Computer Science.

3.  My research group and I develop advanced tools that permit natural multi-modal interaction with computers by creating software that understands users as they sketch, gesture, and talk.

4.  I have published approximately 50 technical articles related to artificial intelligence. I have served on several editorial boards, including *Artificial Intelligence*, *AI in Engineering,* and the M.I.T. Press series in A.I. I am a co-author of *Knowledge-Based Systems in AI*.

5.  In recognition of my research, I was selected in 1984 as one of America's top 100 scientists under the age of 40 by *Science Digest*. In 1986, I received the *AI Award* from the Boston Computer Society for contributions to the field. In 1990, I was named a Founding Fellow of the American Association for A.I. In 1995, I was elected to a two-year term as President of the Association. In 2003, I received M.I.T.'s Frank E. Perkins Award for graduate advising. From 1995-1998, I served on the Scientific Advisory Board of the U. S. Air Force.

6.   I have been a consultant to several major organizations, including Digital Equipment Corp, I.B.M., Aetna, and Schlumberger. I also have been involved in the founding of three software companies.

7.   In addition to my work with artificial intelligence, I have also been active in the area of intellectual property and software. Among other things, I have served as a member of the Advisory Board to the U.S. Congressional Office of Technology Assessment study on software and intellectual property, published in 1992 as *Finding a Balance: Computer Software, Intellectual Property, and the Challenge of Technological Change*. I have published a number of articles on the topic, including co-authoring an article in the *Columbia Law Review* in 1994 entitled "A Manifesto Concerning Legal Protection of Computer Programs," and an article in the *Software Law Journal* in 1992 entitled "The Nature of Software and its Consequences for Establishing and Evaluating Similarity." From 1998-2000, I served as the chairman of the National Academy of Sciences study on intellectual property rights and the emerging information infrastructure entitled *The Digital Dilemma: Intellectual Property in the Information Age,* published by the National Academy Press in February, 2000.

8.   In 1990 I served as expert to the Court in *Computer Associates v. Altai*, (775 F. Supp. 544 (E.D.N.Y. 1991);  982 F 2d 693) a case that produced the abstraction, filtration, comparison test for software copyright. In 1998 I served as the US Government's expert in the Inslaw matter (40 Fed. Cl. 843; 1998 U.S. Claims), where I investigated allegations of copyright theft and cover-up by the Federal Bureau of Investigation, the National Security Agency, the Drug Enforcement Agency, the United States Customs Service, and the Defense Intelligence Agency

9.   This report is based on my experience and expertise in the field of computer science and review of the materials cited in the text and exhibits of this report.

## II.      SUMMARY AND OVERVIEW OF THIS REPORT

10.  I find that:

a)   The user interface of ProKitchen is substantially similar to that of 20-20 Design.

b)   The similarities range from the selection and organization of elements of the overall layout of the screen, down to selection and arrangement of minor details of both programs.

c)   In at least one case, the similarity is so detailed that ungrammatical text found in a version of the 20-20 Design interfaces appears verbatim in a version of ProKitchen.

d)   The similarities are extensive enough that familiarity with one program is sufficient to enable facile use of the second with almost no additional training. This is manifestly not the case for most programs, even those designed to do the same task.

e)   The similarities are extensive enough that ProKitchen might easily be thought of by a user as a different version of 20-20 Design. That is, the two programs share as much of their user interface design as is routinely found between two subsequent versions of the same program produced by one company (e.g., the difference between Microsoft's Word 2000 and Word 2003).

f)   Both of these programs fit into a common hierarchy of program types: they are computer-aided design (CAD) systems, aimed at architectural design more specifically, and aimed at kitchen design more specifically still.

g)   Some number of the individual interface elements of the design of both programs can be found in other CAD systems, other architectural design software, and other kitchen design software. But the selection and organization of those elements is vastly more similar between 20-20 Design and ProKitchen than it is between either of those and any of the other programs I examined.

11.   I have also been asked to comment on the relative value of the user interface. While a quantitative analysis is beyond the scope of this document, it is fair to say that in a market situation where the leaders provide roughly comparable functionality, program usability becomes increasingly important. Simply put, if people can get the capabilities they need from more than one program, they place increasing emphasis on how easy and intuitive those programs are to use.

## III.   BACKGROUND

12.   There is a long history of CAD software designed to make it easier to design and visualize, dating back at least to Ivan Sutherland's famous Sketchpad program in 1963. Over the years the software has evolved in parallel with the transition of computers from strictly industrial devices to home appliances. Software for home and garden design intended for retail customer use is now widely available, as well as more sophisticated programs intended for home design and renovation companies.

13.   20-20 Design has been in this field since at least 1987. 20-20 Design Version 6.1 was released in August 2002. I understand that subsequent versions have appeared over time, including 6.4 (Sept 2003), 8.0 (May 2006), and 8.1 (Spring 2008).

14.   The first appearance of RealView's ProKitchen appears to be January 2006 (version 1.0), with subsequent versions over the next two years, including 2.0 (Jan 2007) and 3.0 (Feb 2008).

15.   I understand that RealView acknowledges obtaining a copy of 20-20 Version 6.1, installing it and examining it, allegedly so it could determine what features ProKitchen lacked and what it could add to surpass 2020 in usability. I further understand that ProKitchen development began in 2004, i.e., at a time when 20-20 Design Version 6.1 had been on the market for roughly two years.

## IV.   COMPARING 20-20 DESIGN AND PROKITCHEN

16.   I considered five programs in my comparison:
- Version 6.1 and Version 8.1 of 20-20 Design,
- Version 2.0 and 3.0 of ProKitchen
- Planit FusionLive 14.2.8
- Chief Architect X2 Trial Version (downloaded from their web site)

- Configura CET Designer 2.2 (trial version, downloaded from their web site)

17.  I focused primarily on ProKitchen 3.0 and the two versions of 20-20 Design, as the similarities between these two were far more extensive than between 20-20 and any of the other programs. The comparison I have done is reasonably thorough, but not exhaustive; additional similarities may become evident as I continue work.

18.  As noted above, similarities between the user interfaces of 20-20 Design and ProKitchen are numerous and extensive, ranging from the selection and arrangement of the overall screen display, down to interface details controlling how to draw walls. Unless otherwise indicated, comparisons below are between 20-20 Version 6.1 and ProKitchen Version 3, and for the sake of concreteness, I use a simple kitchen design that I created.

19.  As the issues here concern the user interface, the points are best made by illustration. We begin with the overall screen layout:[1]

_____

[1] Throughout the document screen shots have been re-sized for legibility and to provide convenient side-by-side comparison when relevant.

Davis Report                                                                                           **7**

**20-20 Design**



**ProKitchen**



20.  The two programs share routine interface design elements, including the presence of a set of drop-down menus across the top, under which there are a set of icons that offer fast access to many of the same things found in the menus. The rest of the window is the work area, which is in turn sub-divided into multiple smaller windows. As all of these are standard Windows interface conventions, it is unsurprising to find them in both programs.

21.  There are however, numerous similarities that are not explained on this basis. In both cases the left side of the screen contains the same sequence of sub-windows: an information box, an edit box, a hierarchical catalog box, a drag and drop listing. There is also a search box in both, at the bottom in 20-20 Design and next to the bottom in ProKitchen.

22.  In both there is a vertical set of icons next to these boxes, with only a minor variation in precise placement.

23.  In both the main window is subdivided into a plan and elevation view, with the plan at the bottom and the elevation at the top. In both, design changes made in one of these views are immediately reflected in the other.

24.  In both programs both the plan and elevation windows have multiple tabs, enabling multiple views of the design; these tabs are re-nameable.

25.  A non-trivial part of getting trained on and oriented to a new piece of software involves coming to understand its overall layout and presentation of information and icons, i.e., how it presents its view of the task. The overall layout of these two programs is so similar that familiarity with one would instantly provide facility with the other. This is manifestly not the case with any of the other programs I examined.

26.  While menus across the top are routine in Windows programs, the content of those menus of course differs. Yet these two programs have clear evidence of similarities in the selection and arrangement of the menus and their items.

27.  Consider the main menus:



28.  In both we find Place, Notes/Comment, Dimensions/Measurements. (As a notational shorthand, I use name1/name2 to indicate that 20-20 Design uses name1 for something while ProKitchen uses name2.)

29.  Examining the submenus, and filtering out menu choices that are either routine in Windows programs or commonly found in CAD/drawing programs, we find additional similarities of selection and arrangement:

- File menu: Save as Image

- Edit menu: Attributes/Attribute

- View menu: Add Elevation Area/Elevation, Show Bill of Materials/Bill of Material, Drag & Drop List/ Catalog, Information Box/Info, Edit Box/Edit (in side-by-side listings, 20-20 Design examples are on the left):

 

- Place menu: Walls/Wall; Openings & Obstacles/Window, Door;

  Appliances/Appliances; Cabinets/Cabinet, Countertops/Countertop, Trims/Trim



- Dimensions/Measurements: Identical set of six dimensions, in the same order, with

  almost identical icons.

 

- Notes/Comments: Same two out of three choices, in same order.

 

30.  Next we turn to the horizontal toolbar found just under the main menus. As noted, having such a toolbar is a routine Windows convention, and some of the items on the toolbar would be found in most Windows programs. The selection and arrangement of the specific items on the toolbar, however, varies from program to program. Yet there are striking similarities in the two toolbars (20-20 at top):



31.  There is, for instance, the sequence of view modifiers of Select, Zoom in/out, Zoom to region, and Zoom to fit, as well as the presence of an Elevation view icon, a Bill of Materials icon, an Isometric View icon and the Perspective/3D icon.

32.  The two vertical toolbars provide a yet more striking example, as there is no Windows, or CAD tool, convention to fall back on here, and because the two are so plainly similar in the selection, arrangement, and even the appearance of the icons:



33. There are 22 icons in the ProKitchen toolbar; of these 17 are found in 20-20, with almost identical icons and almost identical order: wall, construction line, u-shaped room, l-shaped room, rectangular room, cabinets, windows, doors, appliances, countertop, trim, horizontal distance, vertical distance, diagonal distance, angular distance, point to line distance, line to line distance.

34.  As noted above, the group of sub-windows on the left side of the screen is strikingly similar in selection, arrangement, and appearance:




35.  In both cases the group starts with a panel that previews the item to be placed in the design, followed by an edit window, where size and placement details can be viewed, or entered manually (e.g., you can either drag an item to place it or change its size, or simply type in the relevant position or measurements).

36.  Next there is a hierarchical catalog window, allowing the user to browse through available design items, followed by a select and drag window – once an item is highlighted from the list at the bottom, it can be placed in the design using the mouse.

37.  The Find window works identically, allowing the user to type part or all of a component code (e.g., FDB12) at which point the system will list only those components that start with this sequence of letters.

38.  In both systems the expanded description of the items (e.g., the "Base FHD" text) can be eliminated with a right click of the mouse, simplifying the appearance of the listing.

39.  The two systems provide a strikingly similar set of information boxes and selection of choices in response to the Display

Settings menu item:

 

40.  Note the selection and arrangements of tabs (Items, Dimensions, Grid, Units) and the similarity of layout.

41.  This continues on the Dimensions tab:




42. The Grid tab provides additional similarities, allowing the change of line color and background color.




43. The Units tab offers additional similarities, using the same ordering of choices in almost identical language:





44.  One of the most basic things needed for a design is the placement of walls. These two programs provide virtually identical interfaces for the drawing and specification of walls, at both the high level and in the small details. At the high level they both provide similar icons in the same order, to indicate whether the wall is to be a standard (i.e., physical) wall, or a construction line:

          

45.  Indeed, they use the same terminology of "construction line" to indicate a line used for aligning items on the design that is not a physical wall. A search through the manuals of other substantial programs (e.g., Chief Architect) demonstrates that this term – construction line – is not a standard term of art, and hence its appearance in both programs is revealing.

46.  Consider too, that there is no particular reason a line used to align items should even be considered as a kind of wall. To the new user the notion that there are two kinds of walls – one real and one not – is confusing. Surely the same concept could appear in either program on its own, i.e., not as a variation on wall type, but as a wholly different notion. Yet it is the same, slightly confusing idea, in both programs.

47.  In both programs walls can be drawn by clicking and moving the mouse, or by selecting the starting position of the wall and then typing in the edit box (below) to indicate wall length and orientation:



48.  Once a wall has been drawn, it is dimensioned and  a "Placement Zone" is automatically connected to it:

 

49.  A placement zone is intended to facilitate the placement of objects such as cabinets and appliances, as these are typically placed up against walls. The term does not appear to be a standard term of art, yet appears in both programs and is similar in conception, execution, and appearance.

50.  The similarity in the interface of the two programs extends down to the details of how walls are drawn with the mouse. In both, one wall segment can be ended and another started by clicking the left mouse. Clicking the right mouse allows the user to change the orientation of the wall without changing it lengths; clicking right again allows changing the length, clicking right again allows changing the orientation, etc. Both programs have made the somewhat obscure choice to have their interface offer this length/orientation alternation be based on repeated right mouse clicking, something I could find in none of the other programs.

51.  Once walls have been drawn, they can be edited in both programs using almost identically organized menus. While right clicking on an object is a fairly standard Windows convention for pulling up what's termed a context menu, the contents of that menu are not specified by any Windows convention. Yet the selection and arrangement of the menus that appear are substantially similar:

**Design 20-20**

 

**Pro-Kitchen**

 

52.  Note the similar presentation of "wall groups" and the common choices presented of add, move, rotate and extrude, as well as the choices for a wall group to Move and Rotate.

53.  Rotating an existing wall (after it has been drawn) is likewise presented in an identical manner in the two programs. In both cases having selected Rotate above, the user must select a rotation point, then move the mouse to change the wall orientation (screen shot from 20-20 Design).



54.  Walls have similar properties in both programs and there is extensive similarity in the selection and arrangement of dialog boxes and choices that appear:

## Design 20-20

 

## ProKitchen



55.  Note that in both cases you are presented with the choices of changing a wall to/from a construction line, adding or removing the inside or outside placement zone, and changing thickness and height.

56.  The interface for placing a wide variety of items (windows, doors, appliances, plumbing, cabinets, etc.) is again quite similar. As placing these items is a substantial part of using the program, the extensive overlap here is of note. First, there are four ways that both interfaces provide for placement:

- the Place menu

- the relevant icon on the vertical toolbar

- navigating through the catalog categories

- using the search/Find window

57.  The functionality here – putting items into the design – is clearly required by the task; the choice of interface elements by which to accomplish this, however, is an expressive choice made by the program designers.

58.  Once an item is placed on the design, in both programs the interface makes it clear that the item can be put against a wall, set against a construction line, or left free-standing. In the event that items are positioned by the user so that they would overlap, both program provide a collision detection warning.

59.  The Place menus, as noted, have many of the same selections in the same order:




60.  As also noted, the vertical menu bars present similar choices in similar icons and similar order:



61. Catalog navigation is also presented similarly:

 

62. As is the find/search interface:





63.  Once an item is selected, it can be placed using either the mouse or the edit box.





64.  In both programs a variety of useful (and similar) choices are presented through the context menu. Note the overlap in names (and some ordering) for Center, Drag, In/Out, Move, Rotate, and Up/Down (Delete and Duplicate/Copy are routine Windows items):

 

65.  In both programs, items placed in the design can be modified through the use of the Attributes/Attribute menu. The example of cabinet modification provides an example of the similarity of interface choices. Both have a General and Accessories tab, a catalog description, and the ability to modify the size of the object, using an identically configured user interface: there are two up/down buttons side by side (shown expanded below), with the first button controlling 1-inch changes, and the second controlling 1/16[th] inch changes.





The size control interface close up, showing the pairs of increase/decrease buttons.



66.  In both programs the choice has been made not only to present the user with an interface element that permits adding notes to the design, but one that has the notion of a "tag" number that goes with the note:




67.  Both programs offer a Bill of Materials interface. A bill of materials is of course a standard element in design, but the choices that have been made in the details of the presentation in the two programs are interesting. The nomenclature (e.g., Plan Item, Non-Plan Item) is similar, as is the concept of a non-plan item.

**20-20 Design**

| | | Plan Items | | | | | |
|---|---|---|---|---|---|---|---|
| | Qty | Catalog | User Code | Description | Finished Side | Note | Price |
| 1 | 1 | ROOM_APP | 24.DISHW | 24" Dishwasher | None | ☐ | $0.00 |
| 2 | 1 | ROOM_APP | 30-GAS-RANGE5 | 30" Gas Range #5 | None | ☐ | $0.00 |
| 3 | 1 | SAMPLE_E | 96B.MLDG-1 | Bottom Molding #1 | None | ☐ | $0.00 |
| 3.1 | 1 | SAMPLE_E | 96B.MLDG-1 | Bottom Molding #1  (12 5/16") | None | ☐ | $0.00 |
| 3.2 | 1 | SAMPLE_E | 96B.MLDG-1 | Bottom Molding #1  (17 11/16") | None | ☐ | $0.00 |
| 3.3 | 1 | SAMPLE_E | 96B.MLDG-1 | Bottom Molding #1  (13 3/16") | None | ☐ | $0.00 |
| 3.4 | 1 | SAMPLE_E | 96B.MLDG-1 | Bottom Molding #1  (12 3/4") | None | ☐ | $0.00 |
| 4 | 1 | SAMPLE_E | 96T.MLDG-1 | Top Molding #1 | None | ☐ | $0.00 |
| 4.1 | 1 | SAMPLE_E | 96T.MLDG-1 | Top Molding #1  (12 5/16") | None | ☐ | $0.00 |
| 4.2 | 1 | SAMPLE_E | 96T.MLDG-1 | Top Molding #1  (17 11/16") | None | ☐ | $0.00 |
| 4.3 | 1 | SAMPLE_E | 96T.MLDG-1 | Top Molding #1  (13 3/16") | None | ☐ | $0.00 |
| 4.4 | 1 | SAMPLE_E | 96T.MLDG-1 | Top Molding #1  (12 3/4") | None | ☐ | $0.00 |
| 5 | 1 | SAMPLE_E | 96W.TOE | Toe Base | None | ☐ | $0.00 |
| 5.1 | 1 | SAMPLE_E | 96W.TOE | Toe Base  (21 3/16") | None | ☐ | $0.00 |
| 5.2 | 1 | SAMPLE_E | 96W.TOE | Toe Base  (48") | None | ☐ | $0.00 |
| 6 | 1 | SAMPLE_E | B12L | Base | None | ☐ | $240.00 |
| 7 | 1 | SAMPLE_E | BCD36L-LS | Base Corner Diagonal | Left | ☐ | $520.00 |
| 7.1 | 1 | SAMPLE_E | BLS | Base L.Susan | None | ☐ | $125.00 |
| 8 | 1 | ROOM | D.INT-R | Interior Door R | None | ☐ | $0.00 |
| 8.1 | 1 | ROOM | LSPACE | Left Reserved Space | None | ☐ | $0.00 |
| 8.2 | 1 | ROOM | RSPACE | Right Reserved Space | None | ☐ | $0.00 |
| 9 | 1 | ROOM | E36.DB-HUNG-1 | 36"H Dble Hung Window #1 | None | ☐ | $0.00 |
| 9.2 | 1 | ROOM | LSPACE | Left Reserved Space | None | ☐ | $0.00 |
| 9.1 | 1 | ROOM | RSPACE | Right Reserved Space | None | ☐ | $0.00 |
| 10 | 1 | SAMPLE_E | SB36 | Sink Base | None | ☐ | $384.00 |
| 11 | 1 | ROOM_PLU | SK.31-2TUB | 31" 2 Tub Sink | None | ☐ | $0.00 |
| 12 | 1 | SAMPLE_E | SL.KIT-TOP | Slab Kitchen Top | None | ☐ | $0.00 |
| 12.1 | 1 | SAMPLE_E | 8X25KITT | 8' Slab Kitchen Top 25" (37") | None | ☐ | $0.00 |

| | | Non-Plan Items | | | | |
|---|---|---|---|---|---|---|
| | Qty | Catalog | User Code | Description | Finished Side | Note | Price |
| | 1 | ROOM ▾ | ▾ | | None ▾ | | |
| | | | | | | Total selected items: | $0.00 |
| | | | | | | Total price: | $0.00 |

| | Qty | Catalog | User Code | Description | Finished Side | Note | Price |
|---|---|---|---|---|---|---|---|
| | | | | **Calculated Items** | | | |
| 1 | 8 | SAMPLE_E | 8X25KITT | 8' Slab Kitchen Top 25" | None | ☐ | $160.00 |
| 2 | 1 | SAMPLE_E | 96B.MLDG-1 | Bottom Molding #1 | None | ☐ | $50.00 |
| 3 | 1 | SAMPLE_E | 96T.MLDG-1 | Top Molding #1 | None | ☐ | $50.00 |
| 4 | 1 | SAMPLE_E | 96W.TOE | Toe Base | None | ☐ | $15.00 |
| 5 | 14 | SAMPLE_E | SPLASH-A | Backsplash Type A | None | ☐ | $420.00 |
| | | | | | | | |
| | | | | | | **Total selected items:** | $0.00 |
| | | | | | | **Total price:** | $695.00 |

| | Qty | Catalog | User Code | Description | Finished Side | Note | Price |
|---|---|---|---|---|---|---|---|
| | | | | **Accessories & Extra Costs** | | | |
| | 1 | ROOM ▼ | ▼ | | | | |
| | | | | | | | |
| | | | | | | **Total selected items:** | $0.00 |
| | | | | | | **Total price:** | $0.00 |

**ProKitchen**



**BOM**

Plan Items | Non-Plan Items | Additional Products

| # | Qty | Catalog | SKU | Description | Width | Height | Depth | Finish End | Hinge | Price | Ext.Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Custom Catalog | 2DB12 | 2-DWR. BASE CABINET | 12" | 34 1/2" | 24" | | | 0.00 | 0.00 |
| 2 | 1 | Custom Catalog | 2DB15 | 2-DWR. BASE CABINET | 15" | 34 1/2" | 24" | | | 0.00 | 0.00 |
| 3 | 1 | Custom Catalog | 2DB36 | 2-DWR. BASE CABINET | 36" | 34 1/2" | 24" | | | 0.00 | 0.00 |
| 4 | 1 | Custom Catalog | WC2424RL | WALL CORNER CABINET | 24" | 24" | 12" | | | 0.00 | 0.00 |
| 5 | 1 | Custom Catalog | B30 | BASE CABINET | 30" | 34 1/2" | 24" | | | 0.00 | 0.00 |
| 6 | 1 | Custom Catalog | B30 | BASE CABINET | 30" | 34 1/2" | 24" | | | 0.00 | 0.00 |
| 7 | 1 | Custom Catalog | W1230L | WALL CABINET | 12" | 30" | 12" | | | 0.00 | 0.00 |
| | | | | | | | | | Total: | | 0.00 |

**68.** The Styles and Pricing interface in 20-20  is closely matched by the Global Options interface in ProKitchen:

**<u>20-20 Design</u>**



**ProKichen**



69.  Consider finally the legend printed out by both programs when producing floor plans. It appears at the bottom right of each page, and is formatted identically, with a caution about dimensions in the first box, the program logo in the second, an intellectual property claim in the third, and design/print dates in the fourth. Under that we find the file name at the left followed by the drawing number.

**20-20 Design Version 6.1**

| All dimensions  size designations given are subject to verification on job site and adjustment to fit job conditions. | 20 20 TECHNOLOGIES | This is an original design and must not be released or copied unless applicable fee has been paid or job order placed. | Designed: 5/2/2009 Printed: 5/4/2009 |
|---|---|---|---|
| Design3 .kit | | Fp 1 | Drawing #: 1 |

**ProKitchen 2.0**

| | | | |
|---|---|---|---|
| All dimensions size designations given are subject to verification on job site and adjustment to fit job conditions. |  | This is an original design and must not be released or copied unless applicable fee has been paid or job order placed. | Designed: 06.06.07<br>Printed: 06.06.07 |

Design: Design File Name          Drawing #: 1       Display settigs 5/16" = 1'

70.  Given the similarity of layout, it is tempting to infer that the ProKitchen design was accomplished by simply substituting their logo for 20-20's, and making a few other cosmetic changes.

71.  The possibility that this is indeed correct rises considerably when we look carefully at the phrasing for the warning in 20-20's version 6.1 and ProKitchen's version 2.0. Note that the text is first of all verbatim identical:

> All dimensions size designations
> given are subject to verification
> on job site and adjustment to
> fit job conditions.

72.  Second, note that this is ungrammatical: there's a word (or comma) missing in the first line, as RealView developers eventually noted: version 3.0 of ProKitchen starts the warning with "All dimensions *and* size designations…" [emphasis added]. Clearly, the presence of verbatim ungrammatical English cannot be explained by the need for functional competition; it suggests instead the single-mindedness with which ProKitchen designers approached their task as one of imitating the selection and arrangement of the 20-20 interface design.

## V.      COMPARING OTHER PROGRAMS

73.  I also reviewed the interface design and capabilities of three other, comparable design programs: Planit FusionLive 14.2.8, Chief Architect X2 Trial Version, and Configura CET Designer 2.2. There are a variety of individual elements discussed above that appear in these programs, including:

- drawing walls

- the notion of an edit window permitting typed entry of lengths and orientations

- drag and drop interface for placement of items, including cabinets, doors, widows, appliances

- context menus to access item properties

- the ability to edit item properties, such as width

- dual displays of plan and elevation

- 3D visualization

74.  But even a cursory glance at the interfaces for these programs makes it clear that their interfaces were independently designed. They are no more similar than is necessary for the overall task, or for the use of conventions from Windows or CAD programs generally. Screenshots below of the basic interface for each of these programs helps to illustrate the differences.

75.  Chief Architect has a catalog browser, with a different set sub-windows. placed on the other side of the screen:

## Chief Architect



76.  It also has the notion of object properties in response to a right click, but presents them rather differently:



77.  Configura CET designer likewise has some similarities in its overall interface (below), but uses a plan and 3D view combination:



78.  That system also has dimensions options that are somewhat similar to those in 2020 and ProKitchen:



79.  Finally, Planit Fusion also has some very high level similarities in the overall interface (a plan view, with controls on the left hand side), but its design is substantially different from either 20-20 or ProKitchen.



80.  In all these cases the similarities that do occur are isolated. There is nothing that compares to the extensive overlap in the compilation of selected and arranged elements of the user interface that we find between 20-20 Design and ProKitchen. There is also next to no transfer of expertise, i.e., familiarity with either 20-20 or ProKitchen did little to assist with using any of these other programs. In numerous circumstances, such as drawing walls, experience with 20-20 or ProKitchen in fact got in the way, as those other programs had a rather different selection of and presentation of how walls were to be drawn. Unlike moving from 20-20 to ProKitchen, moving from either of those to one of these last three proved to be in general a frustrating experience, requiring some un-learning in order to proceed.

## VI.    CONCLUSIONS

81.  In summary, I find that the user interface of ProKitchen is substantially similar to that of 20-20 Design, with similarities that range from the selection and organization of elements of the overall layout of the screen, down to selection and arrangement of minor details of both programs. The similarities are in some cases so detailed that ungrammatical text found in a version of 20-20 Design appears verbatim in a version of ProKitchen.

82.  The similarities are also extensive enough that familiarity with one program is sufficient to enable facile use of the second with almost no additional training. This is manifestly not the case for most programs, even those designed to do the same task.

83.  The similarities are extensive enough that ProKitchen might easily be thought of by a user as simply a different version of 20-20 Design. That is, the two programs share as much of their user interface design as is routinely found between two subsequent versions of the same program produced by one company.

84.  Some number of the individual interface elements of the design of both programs can be found in other CAD systems, other architectural design software, and other kitchen design software.

But the selection and organization of those elements is vastly more similar between 20-20 Design and ProKitchen than it is between either of those and any of the other programs I examined.

85.  I am continuing to work on these issues and reserve the right to augment this report at a later date.

Randall Davis

**EXHIBIT A: Davis Resume**

## RANDALL DAVIS

Randall Davis received his undergraduate degree from Dartmouth, graduating summa cum laude, Phi Beta Kappa in 1970, and received a PhD from Stanford in artificial intelligence in 1976.

In 1978 he joined the faculty of the Electrical Engineering and Computer Science Department at MIT, where from 1979-1981 he held an Esther and Harold Edgerton Endowed Chair. He served for 5 years as Associate Director of the Artificial Intelligence Laboratory, and served for 4 years (2003–2007) as a Research Director of the Computer Science and Artificial Intelligence Lab (CSAIL), where he oversaw approximately 200 of the Lab's 800 faculty, staff and students. He is currently a Full Professor in the Department. He and his research group are developing advanced tools that permit natural multi-modal interaction with computers by creating software that understands users as they sketch, gesture, and talk.

Dr. Davis has previously been one of the seminal contributors to the field of knowledge-based systems, publishing some 50 articles and playing a central role in the development of several systems. He serves on several editorial boards, including *AI in Engineering* and the MIT Press series in AI. He is the co-author of *Knowledge-Based Systems in AI*, and was selected in 1984 as one of America's top 100 scientists under the age of 40 by *Science Digest*. In 1986 he received the *AI Award* from the Boston Computer Society for his contributions to the field. In 1990 he was named a Founding Fellow of the American Association for AI and in 1995 was elected to a two-year term as President of the Association. In 2003 he received MIT's Frank E. Perkins Award for graduate advising. From 1995–1998 he served on the Scientific Advisory Board of the U. S. Air Force, earning the USAF Decoration for Exceptional Civilian Service.

Dr. Davis has been a consultant to several major organizations, including Digital Equipment Corp, IBM, Aetna, and Schlumberger, and has been involved in the founding of three software companies.

Dr. Davis has also been active in the area of intellectual property and software. In 1990 he served as expert to the Court in *Computer Associates v. Altai*, (775 F. Supp. 544 (E.D.N.Y. 1991);  982 F 2d 693) a case that produced the abstraction, filtration, comparison test for software copyright. He served on the panel run by the Computer Science and Telecommunications Board (CSTB) of the National Academy of Science in 1991 that resulted in *Intellectual Property Issues in Software,* and served as a member of the Advisory Board to the US Congressional Office of Technology Assessment study on software and intellectual property that was published in 1992 as *Finding a Balance: Computer Software, Intellectual Property, and the Challenge of Technological Change*. A 1994 paper in the *Columbia Law Review* analyzed the difficulties in applying intellectual property law to software and proposed a number of remedies.

From 1998-2000 he served as the chairman of the National Academy of Sciences study on intellectual property rights and the information infrastructure entitled *The Digital Dilemma: Intellectual Property in the Information Age,* published by the National Academy Press in February, 2000.

He has served as an expert in a variety of cases involving software, including the investigation by the Department of Justice of the Inslaw matter (40 Fed. Cl. 843; 1998 U.S. Claims), where he investigated allegations of copyright theft and cover-up by the Federal Bureau of Investigation, the National Security Agency, the Drug Enforcement Agency, the United States Customs Service, and the Defense Intelligence Agency.

Dr. Davis has appeared on *The Macneil/Lehrer Report* and *Innovations* (WNET, NY), and played a major role in *This Computer Thing*, a pilot for an educational series (WGBH, Boston) about personal computers.  He has been quoted in articles in *The New York Times, The Wall Street Journal, Business Week, The Economist, The Boston Globe, High Technology*, and *Psychology Today*.  Interviews have appeared in *Computerworld* and on National Public Radio's *All Things Considered*.

I am charging my usual and customary fee of $750 per hour for my work in this case.

**EXHIBIT B: MATERIALS EXAMINED**

**Architectural Software**

20-20 Design Versions 6.1 and 8.1

ProKitchen, version 3.0

Planit FusionLive 14.2.8

Chief Architect X2 Trial Version

Configura CET Designer 2.2

**Documents**

Complaint

Answer and Counterclaim

Portions of interrogatory answers

Documents comparing 20-20 Design and ProKitchen