UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REAL VIEW, LLC<br><br>                  Plaintiff,<br><br>        v.<br><br>20-20 TECHNOLOGIES, INC.,<br><br>                  Defendant.<br><br><br>20-20 TECHNOLOGIES, INC.,<br><br>                  Counterclaim Plaintiff<br><br>        v.<br><br>REAL VIEW, LLC<br><br>                  Counterclaim Defendant,<br><br>        and<br><br><br>BORIS ZELDIN and LEONID PERLOV<br><br>                  Additional Party Defendants<br>                  in Counterclaim | CIVIL ACTION NO. 07-12157 |

**REVISED LIST OF SIMILARITIES SUBMITTED BY
20-20 TECHNOLOGIES, INC.**

20-20 Technologies, Inc. ("20-20"), by its attorneys, hereby submits this revised

list of the claimed similarities between 20-20's product (called "20-20 Design) and Real

View LLC's product (called "ProKitchen").  The revised list reflects certain deletions

from the initial list of similarities submitted on July 17, 2009.  The revised list does not

contain any additional similarities from the earlier list.

The screenshots of the copied elements will be submitted along with the affidavit

of 20-20's expert Professor Randall Davis.  As notational shorthand, use of the format

name1/name2 in the chart is used to indicate that 20-20 Design uses name1 while

ProKitchen uses name2.  The following elements have been copied, grouped according to

category:

| **An Intuitive User Interface for the Kitchen Design** | |
|---|---|
| 1 | Appearance of the overall layout of the screen, overall layout and presentation of information and icons (user interface). |
| 2 | Same sequence of sub-windows on the left side of the screen: information box, edit box, hierarchical catalog box, drag and drop listing, and search box. |
| 3 | Vertical set of icons next to the boxes: selection, arrangement and appearance of icons. |
| 4 | Selection and arrangement in the main set of actions: Place, Notes/Comment, Dimensions/Measurements. |
| 5 | Horizontal toolbar – selection and ordering of commands: Select, Zoom In/Out, Zoom to Region, Zoom to Fit, Elevation View, Bill of Materials, Isometric View, Perspective/3D. |
| 6 | DELETED |

| **The Elevation View of the Design** | |
|---|---|
| 7 | Main window subdivided into a plan view and elevation view, with the plan view at the bottom and the elevation view at the top. |
| 8 | DELETED |

| **Multiple Views of the Design, Allowing the User to Focus on Different Aspects of the Design.** | |
|---|---|
| 9 | Multiple views of the same design with limited visibility of items (i.e. only cabinets, only countertops, architecture, no dimensions, etc) via the use of tabs in both the plan and elevation views. |
| 10 | DELETED |

| **View Controls** | |
|---|---|
| 11 | Display settings box – expression in the Items tab |
| 12 | Display settings box – expression in the Dimensions tab |
| 13 | Display settings box – expression in the Grid tab |
| 14 | Display settings box – expression in the Units tab |

| **Creating a Picture of the Current Design** | |
|---|---|
| 15 | Similarity of expression in the File actions: Save As Image. |

| **Adjusting the Dimensions and Other Properties of Objects** | |
|---|---|
| 16 | DELETED |

| **Determining What Things Should Be Shown on the Screen** | |
|---|---|
| 18 | Similarity of expression in the View options: Add Elevation Area/Elevation, Show Bill of Materials/Bill of Material, Drag & Drop List/Catalog, Information Box/Info, Edit Box, Edit |

| Adding Kitchen Objects to the Design | |
|---|---|
| 19 | Similarity of expression in the Place options: Walls/Wall, Openings & Obstacles/Window and Door, Appliances/Appliance, Cabinets/Cabinet, Countertops/Countertop, Trims/Trim |

| Adding Dimension Notations to the Design | |
|---|---|
| 20 | Similarity of expression in the Dimensions options: identical set of six dimensions, in the same order with almost identical icons. |

| Adding Textual Notes to the Design | |
|---|---|
| 21 | Similarity of expression in the Notes/Comments options. |
| 22 | Similarity of expression of adding a note and tagging it with a number. |

| Adding Walls to the Design | |
|---|---|
| 23 | Similarity of expression in offering the same three methods to add a wall: Place command, toolbar, new design default mode. |
| 24 | Similarity of expression in the user interface: similar icons in the same order in the vertical toolbar for drawing/specification of walls or construction lines. |
| 25 | Similarity of expression of creating walls using the same idiosyncratic sequence of mouse clicks. |
| 26 | Similarity of expression to terminate drawing walls by using an undocumented "click behind most recent wall". |
| 27 | Similarity of expression of creating walls using the Edit Box. |
| 28 | Similarity of expression of creating walls using the default room configurations (L, U, closed). |

| Providing A Default Location for Cabinets, Etc. | |
|---|---|
| 29 | Similarity of expression in a placement zone (conception, execution and appearance). |

| Modifying Walls in the Design | |
|---|---|
| 30 | Similarity of expression in editing walls: almost identically organized options. |
| 31 | Similarity of expression in moving walls |
| 32 | Similarity of expression in rotating walls. |
| 33 | Similarity of expression in extruding walls. |
| 34 | Similarity of expression in deleting walls. |

| Modifying the Details of a Wall | |
|---|---|
| 35 | Similarity of expression in modifying wall properties: dialog boxes and editing choices. |
| 36 | Changing a wall to and from a construction line. |
| 37 | Moving, adding, and removing a placement zone |
| 38 | Changing the thickness and height |

| Placing Kitchen Design Components (Cabinets, Appliances, Windows, Doors, Etc.) | |
|---|---|
| 39 | Similarity of expression in providing the same four ways of starting to place kitchen design components: Place command, toolbar shortcut, navigating the Drag & Drop list, using the Search/Find window |
| 40 | Similarity of expression in placing an item: select from list, then choose Place button. |
| 41 | Similarity of expression in placing an item: drag and drop from the Drag & Drop list. |
| 42 | Similarity of expression of item placement: start in "drag mode" by default. |
| 43 | Similarity of expression of item placement: connect the item to a wall or construction line. |
| 44 | Similarity of expression of item placement: option to type in item location. |
| 45 | Similarity of expression of item placement: option to place item in either the plan or elevation view. |
| 46 | Similarity of expression of item placement: override of collision detection via the Control key. |

| Modifying Kitchen Design Components | |
|---|---|
| 47 | Similar expression in the Attributes/Attribute menu |

| Enforcing Sensible Final Placement of Windows and Doors | |
|---|---|
| 48 | DELETED |

| Modifying Kitchen Design Components | |
|---|---|
| 49 | Similarity of expression of resizing windows and doors after they are placed: right click and select resize. |
| 50 | Similarity of expression of resizing windows and doors after they are placed: right click and select attributes. |

| Adding Countertops | |
|---|---|
| 51 | Similarity of expression in automatically adding countertops to all base cabinets. |
| 52 | Similarity of expression in applying an overhang on all four sides if the item is not placed on a wall. |
| 53 | Similarity of expression in the use of a rectangular countertop shape called "User Shape" that can be placed on the floor or elevation plan, and then modified. |

| Editing Countertops (e.g., Change the Shape Of) | |
|---|---|
| 54 | Similarity of expression in options available: Extrude, Intersect, Add Point, Radius, Notch, Bevel, etc. |

| Bill of Materials | |
|---|---|
| 55 | Similarity of expression in presentation and nomenclature of Bill of Materials. |

| **Overall Conditions for Styles (e.g., Wood Type) and Pricing ("Upcharges")** | |
|---|---|
| 56 | DELETED |
| 57 | Similarity of expression in Styles and Pricing (20-20) and Global Options (ProKitchen) |

| **The Printed Version of the Design** | |
|---|---|
| 58 | Matching ungrammatical wording in legend. |

| **Duplicating an Item With A Single Command** | |
|---|---|
| 59 | ProKitchen 2.2 Help describes a Duplicate command when it does not have such a command, however the description matches 20-20 Design's Duplicate command. |

| **Adding an "Obstacle" to the Design** | |
|---|---|
| 60 | ProKitchen 2.2 Help refers to an Obstacle button that matches 20-20 Design's Obstacle button, but does not itself have such a button. |

| **Describing the Behavior of the Information Panel** | |
|---|---|
| 61 | ProKitchen 2.2 Help describes its "Info Panel" in way that matches 20-20 Design, but does not match ProKitchen. |

These copied elements will be presented and discussed in detail during the live testimony of Professor Davis.


Dated: July 21, 2009

Respectfully submitted,

DECHERT LLP

_____/s/ Timothy C. Blank_____
Timothy C. Blank (BBO# 548670)
Joybell Chitbangonsyn (BBO# 669836)
DECHERT LLP
200 Clarendon St. 27th Floor
Boston, MA 02116
(617) 728-7100
Fax:  (617) 426-6567

**Certificate of Service**

I hereby certify that on July 21, 2009, a true and correct copy of the foregoing document was served upon opposing counsel by electronic case filing.

_____/s/ Timothy C. Blank