UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REAL VIEW, LLC, )<br>)<br>Plaintiff and Counterclaim )<br>Defendant )<br>)<br>v. )<br>)<br>20-20 TECHNOLOGIES, INC., )<br>)<br>Defendant and Counterclaim )<br>Plaintiff )<br>)<br>BORIS ZELDIN and LEONID PERLOV )<br>Additional Party Defendants )<br>in Counterclaim. ) | CIVIL ACTION NO. 07-12157-PBS |

## EXHIBIT LIST OF REALVIEW TECHNOLOGIES, INC.

| Date Offered | Marked | Admitted | No. | Description |
|---|---|---|---|---|
| 2/1/11 | | ✓ | 200 | November 6, 2007 Letter |
| 1/24/11 | | ✓ | 201 | Full Version of ProKitchen v. 3.0 on CD |
| | | | 202 | Representative sample ProKitchen 3.0 source code |
| 1/24/11 | | ✓ | 203 | Print-out of screens shots from ProKitchen 3.0 |
| | | | 204 | Print-out of 3D screens from ProKitchen 3.0 |
| | | | 205 | Wellborn Database (sample) |
| 1/19/11 | | ✓ | 206 | Print out of Screen shots 20-20 Design 6.1 |
| 1/26/11 | | ✓ | 207 | Daniel Abbott Resume |
| | | | 208 | WITHDRAWN |
| 1/25/11 | | ✓ | 209 | 20-20 "Design Tutorial" Manual v. 6.1 |
| 1/28/11 | | ✓ | 210 | Email Perlov, Dalia Kitchens May 15, 2003 |
| 1/28/11 | | ✓ | 211 | Email Leo Perlov, Royal Cabinet October 7, 2003 |
| 1/24/11 | | ✓ | 212 | Screen Shots: ProQuote |
| | | | 213 | WITHDRAWN |
| 1/31/11 | | ✓ | 214 | Adelphi Kitchen Orders Information October 18, 2004 |
| 1/31/11 | | ✓ | 215 | Adelphi Kitchen Orders Information, February 16, 2005 |
| | | | 216 | Adelphi Kitchen Letter to Dealers re ProKitchen, March 2006 |
| 1/31/11 | | ✓ | 217 | Bath & Kitchen Creations printout, April 13, 2006 |
| | | | 218 | E-mail communications Perlov - Wellborn Supported CAD Matrix |
| 1/31/11 | | ✓ | 219 | Wellborn features matrix |
| | | | 220 | WITHDRAWN |

502947.1

| Date | | ✓ | No. | Description |
|---|---|---|---|---|
| 1/26/11 | | ✓ | 221 | ProKitchen Brochure, "The ProKitchen Family" (color) |
| 1/26/11 | | ✓ | 222 | ProKitchen Showroom Brochure (color) |
| 1/26/11 | | ✓ | 223 | ProKitchen Brochure (color) |
| 1/26/11 | | ✓ | 224 | ProKitchen Brochure (color) |
| 1/26/11 | | ✓ | 225 | Kitchen and Bath Business, Nov/Dec 2009 |
| 1/26/11 | | ✓ | 226 | Kitchen and Bath Business March 2010 |
| 1/24/11 | | ✓ | 227 | Screen shot: Borland JBuilder X |
| 1/24/11 | ✓ | ✓ | 228 | Screen shot: Chief Architect |
| 1/24/11 | ✓ | ✓ | 229 | Screen shot: Chief Architect v. 9.5 |
| 1/20/11 | | ✓ | 230 | Screen shot: KitchenDraw |
| 1/20/11 | | ✓ | 231 | Screen shot: Planit Millenium |
| 1/24/11 | | ✓ | 232 | Screen shot: Pro100 |
| 1/24/11 | | ✓ | 233 | Screen shot: Sweet Home 3D |
| 1/24/11 | | ✓ | 234 | Screen shot: Unigraphics |
| 1/20/11 | | ✓ | 235 | Screen shot: Cadsoft (Envisioneer 6) |
| 1/20/11 | | ✓ | 236 | Screen shot: BlueCAD |
| 1/24/11 | | ✓ | 237 | Screen shot: SmartDraw |
| 1/24/11 | | ✓ | 238 | Screen shot: Microsoft SQL Server |
| 1/24/11 | | ✓ | 239 | WITHDRAWN |
| 1/24/11 | | ✓ | 240 | Screen shot: Revit Architecture 2009 |
| | | | 241 | WITHDRAWN |
| | | | 242 | WITHDRAWN |
| | | | 243 | WITHDRAWN |
| 1/24/11 | | ✓ | 244 | Screen shot: Adobe Acrobat |
| | | | 245 | WITHDRAWN |
| 1/24/11 | | ✓ | 246 | Screen shot: Autodesk DWF Viewer |
| | | | 247 | WITHDRAWN |
| | | | 248 | WITHDRAWN |
| | | | 249 | WITHDRAWN |
| | | | 250 | WITHDRAWN |
| | | | 251 | WITHDRAWN |
| 1/24/11 | | ✓ | 252 | Screen shot: Microsoft Office Publisher |
| 1/24/11 | | ✓ | 253 | Screen shot: Mitek eFrame Desktop |
| | | | 254 | WITHDRAWN |
| 1/26/11 | | ✓ | 255 | 20-20 First Quarter Results 2008 |
| 1/26/11 | | ✓ | 256 | 20-20 Second Quarter Result 2008 |
| 1/26/11 | | ✓ | 257 | 20-20 Third Quarter Results 2008 |
| 1/26/11 | | ✓ | 258 | 20-20 First Quarter Results 2009 |
| 1/26/11 | | ✓ | 259 | 20-20 Second Quarter Result 2009 |
| 1/26/11 | | ✓ | 260 | 20-20 Third Quarter Results 2009 |
| 1/20/11 | | ✓ | 261 | 20-20 Prospectus |
| 1/26/11 | | ✓ | 262 | 20-20 Annual Report for 2006 |
| 1/20/11 | | ✓ | 263 | 20-20 Annual Report for 2007 |
| 1/20/11 | | ✓ | 264 | 20-20 Annual Report for 2008 |
| 1/26/11 | | ✓ | 265 | 20-20 Annual Report for 2009 |

502947.1

2

| | | | | |
|---|---|---|---|---|
| 1/26/11 | | ✓ | 266 | WITHDRAWN |
| 1/26/11 | | ✓ | 267 | Realview Financials 2006 (highly confidential) |
| 1/26/11 | | ✓ | 268 | Realview Financials 2007 (highly confidential) |
| 1/26/11 | | ✓ | 269 | Realview Financials 2008 (highly confidential) |
| 1/26/11 | | ✓ | 270 | Realview Financials 2009 (highly confidential) |
| | | | 271 | WITHDRAWN |
| 1/25/11 | | ✓ | 272 | Kitchen and Bath Business, January 2000 |
| 1/25/11 | | ✓ | 273 | Kitchen and Bath Business, September 2000 |
| 1/26/11 | | ✓ | 274 | Kitchen and Bath Business, January 2001 |
| 1/26/11 | | ✓ | 275 | Kitchen and Bath Business April 2004 |
| 1/26/11 | | ✓ | 276 | Kitchen/Bath Design News June 2004 |
| 1/26/11 | | ✓ | 277 | Kitchen and Bath Business April 2007 |
| 1/26/11 | | ✓ | 278 | Kitchen/Bath Design News January 2008 |
| 1/26/11 | | ✓ | 279 | Kitchen/Bath Design News February 2008 |
| 1/26/11 | | ✓ | 280 | Kitchen/Bath Design News April 2008 |
| | | | 281 | Kitchen/Bath Design News March 2010 |
| 1/26/11 | | ✓ | 282 | 20-20 Brochure v. 8.1 (2007) |
| 1/26/11 | | ✓ | 283 | Email April 13, 2009 from Kitchen/Bath Design News |
| 1/26/11 | | ✓ | 284 | April 27, 2009 email Perlov re KBIS Product Showcase |
| 1/25/11 | | ✓ | 285 | Kitchen/Bath Design News email to Perlov, October 15, 2009 |
| 1/26/11 | | ✓ | 286 | 10-26-2009 email to Perkins |
| | | | 287 | 20-20 Product Content Notification v. 9 |
| 1/26/11 | | ✓ | 288 | 20-20 KBIS ad 2010, 20-20 website, April 2010 |
| | | | 289 | 2020 Technologies - KBIS Activities Brochure, April 16-18, 2010 |
| | | | 290 | 20-20 v. 9 brochure from KBIS 2010 |
| 1/26/11 | | ✓ | 291 | KBDB Ad, email to Leo Perlov, May 28, 2010 |
| | | | 292 | WITHDRAWN |
| 1/24/11 | | ✓ | 293 | ProKitchen Help files 3.0 |
| | | | 294 | WITHDRAWN |
| | | | 295 | WITHDRAWN |
| | | | 296 | WITHDRAWN |
| | | | 297 | WITHDRAWN |
| 1/24/11 | | ✓ | 298 | Microsoft Internet Explorer |
| 1/24/11 | | ✓ | 299 | Firefox Mozilla (Internet Browser) |
| 1/24/11 | | ✓ | 300 | Microsoft Word 2003 |
| 1/24/11 | | ✓ | 301 | Microsoft Word 2007 |
| 1/24/11 | | ✓ | 302 | Corel Word Perfect |
| 1/24/11 | | ✓ | 303 | Microsoft Excel |
| 1/24/11 | | ✓ | 304 | Quattro Pro |
| 1/24/11 | | ✓ | 305 | Microsoft Paint 5.1 |
| 1/24/11 | | ✓ | 306 | Adobe Photoshop 5.0 |
| 1/24/11 | | ✓ | 307 | ArchiCAD |
| 1/24/11 | | ✓ | 308 | zwCAD |
| 1/24/11 | | ✓ | 309 | BricsCAD |

| | | | # | Description |
|---|---|---|---|---|
| 1/24/11 | | ✓ | 310 | DoubleCAD |
| 1/24/11 | | ✓ | 311 | AutoCAD with MicroVellum |
| 1/24/11 | | ✓ | 312 | Revit Architecture 2009 (split screen) |
| 1/24/11 | | ✓ | 313 | AutoCAD 2009 (split screen) |
| 1/24/11 | | ✓ | 314 | AutoCAD 2002 |
| 1/24/11 | | ✓ | 315 | AutoCAD 2007 - 3D Workspace |
| 1/24/11 | | ✓ | 316 | AutoCAD 2009 - 3D Workspace |
| 1/24/11 | | ✓ | 317 | eDesignCenter v 1.2 (2001) |
| 2/1/11 | | ✓ | 318 | KBIS Promotion 2010 |
| 1/26/11 | | ✓ | 319 | Affidavit (profit/loss 2010) |
| 1/26/11 | | ✓ | 320 | Real View "First License" and "Additional License" Sales History |
| 1/24/11 | | ✓ | 321 | 20-20 Videos re: 20-20 Design Published by 20-20 on Youtube |
| 1/24/11 | | ✓ | 322 | e-Design Center Disk |
| 1/24/11 | | ✓ | 323 | ProQuote 2003 Disk |
| 1/24/11 | | ✓ | 324 | Chief Architect Home Designer Disk |
| 1/19/11 | | ✓ | 325 | 20-20 Design v. 5.0 screenshot |
| 1/25/11 | | ✓ | 326 | 20-20 Interrogatory Responses |
| 1/26/11 | | ✓ | 327 | Excerpts from 20-20's Post-Hearing Reply Brief |
| 1/25/11 | | ✓ | 328 | KBIS 2009 20-20 Promotional Pricing Chart |
| 1/26/11 | | ✓ | 329 | 20-20 Design Getting Started v. 6.4 |
| | | | 330 | Top Notch Craigslist Job Posting |
| 1/31/11 | ✓ | | 331 | Master Comparison: 20-20 v. 6.1, 6.4, 8.1 and ProKitchen 3.0 |
| 1/31/11 | ✓ | | 332 | Elements of 20-20 v. 6.4 with no ProKitchen Counterpart |
| 1/24/11 | | ✓ | 333 | ProKitchen v. 2.0 and 3.0 Comparison |
| | | | 334 | 20-20 Design Release and Registration History |
| 1/26/11 | | ✓ | 335 | Affidavit of Christian Dubuc |
| 1/28/11 | | ✓ | 336 | ProKitchen Booth at 2010 KBIS Show |
| 1/31/11 | ✓ | ✓ | 337 | Excerpts from 1996 NKBA Essential Kitchen Guide |
| 1/28/11 | | ✓ | 338 | Excerpts from Real View's Pretrial Memorandum (Docket 54) |
| 1/28/11 | | ✓ | 339 | screenshot – Canyon Creek Web Page |
| | | | 340 | YouTube video tutorials of 20-20 Design |
| 1/31/11 | ✓ | ✓ | 341 | Revenue Comparison |
| 1/31/11 | | ✓ | 342 | Release Date Comparison |
| | | | 343 | 20-20 v. 9.0 Graphics (website) |

502947 1

4