UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REAL VIEW, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>20-20 TECHNOLOGIES, INC.,<br><br>    Defendant.<br><br>20-20 TECHNOLOGIES, INC.,<br><br>    Counterclaim Plaintiff<br><br>    v.<br><br>REAL VIEW, LLC<br><br>    Counterclaim Defendant, and<br><br>BORIS ZELDIN and LEONID PERLOV<br><br>    Additional Party Defendants<br>    in Counterclaim | CIVIL ACTION NO. 07-12157 |

## EXHIBIT LIST OF 20-20 TECHNOLOGIES, INC.

| Date offered | Marked | Admitted | No. | Description |
|---|---|---|---|---|
| 1/19/11 | | ✓ | 1 | Copyright certificate for 20-20 Design software version 6.0 (Registration Number TX-6-836-379) |
| 1/19/11 | | ✓ | 2 | Copyright certificate for 20-20 Design software version 6.1 (Registration Number TX-6-945-788) |
| 1/19/11 | | ✓ | 2A | Copyright certificate for 20-20 Design software version 6.4 (Registration Number TX-7-272-631) |

| Date offered | Marked | Admitted | No. | Description |
|---|---|---|---|---|
| 1/19/11 | | ✓ | 3 | Copyright certificate for 20-20 Design software version 8.1 (Registration Number TX-6-834-799) |
| 1/20/11 | | ✓ | 4 | License and User Agreement for 20-20 Design version 6.1. |
| 1/20/11 | | ✓ | 5 | Screenshot of User Agreement dialog box for 20-20 Design version 6.1. |
| 1/20/11 | | ✓ | 6 | License and User Agreement for 20-20 Design version 6.4. |
| 1/20/11 | | ✓ | 7 | License and User Agreement for 20-20 Design version 8.1. |
| 1/24/11 | | ✓ | 8 | Screenshots from 20-20 Design version 6.1. |
| 1/24/11 | | ✓ | 8A | Screenshots from 20-20 Design version 6.1. |
| 1/24/11 | | ✓ | 9 | Screenshots from 20-20 Design version 6.4. |
| 1/24/11 | | ✓ | 10 | Screenshots from 20-20 Design version 8.1 |
| 1/24/11 | | ✓ | 11 | Screenshots from ProKitchen version 2.0. |
| 1/24/11 | | ✓ | 12 | Screenshots from ProKitchen version 3.0. |
| 1/24/11 | | ✓ | 13 | Screenshots from PlanIt Fusion. |
| 1/24/11 | | ✓ | 14 | Screenshots from Chief Architect X2. |
| 1/24/11 | | ✓ | 15 | Screenshots from KitchenDraw. |
| 1/24/11 | | ✓ | 16 | Screenshot from the Affidavit of Prof. Randall Davis filed on July 20, 2009 (Docket No. 59), depicting a sample kitchen design in 20-20 Design version 6.4. |
| 1/24/11 | | ✓ | 17 | Screenshot from the Affidavit of Prof. Randall Davis filed on July 20, 2009 (Docket No. 59), depicting a sample kitchen design in ProKitchen version 3.0. |
| 1/24/11 | | ✓ | 18 | Screenshot from the Affidavit of Prof. Randall Davis filed on July 20, 2009 (Docket No. 59), |

| Date offered | Marked | Admitted | No. | Description |
|---|---|---|---|---|
| | | | | depicting a sample kitchen design in Chief Architect X2. |
| 1/24/11 | | ✓ | 19 | Screenshot from the Affidavit of Prof. Randall Davis filed on July 20, 2009 (Docket No. 59), depicting a sample kitchen design in Pro100. |
| 1/24/11 | | ✓ | 20 | Screenshot from the Affidavit of Prof. Randall Davis filed on July 20, 2009 (Docket No. 59), depicting a sample kitchen design in PlanIt Fusion version 14.2.8. |
| 1/24/11 | | ✓ | 21 | Screenshot from the Affidavit of Prof. Randall Davis filed on July 20, 2009 (Docket No. 59), depicting a sample kitchen design in CET Configura Designer Version 2.2. |
| 1/24/11 | | ✓ | 22 | Screenshot from the Affidavit of Prof. Randall Davis filed on July 20, 2009 (Docket No. 59), depicting a sample kitchen design in SweetHome 3D. |
| 1/24/11 | | ✓ | 23 | Screenshot from the Affidavit of Prof. Randall Davis filed on July 20, 2009 (Docket No. 59), depicting a sample kitchen design in KitchenDraw 5.0. |
| 1/24/11 | | ✓ | 24 | Screenshot of the blank main/opening screen display from CET Configura Designer. |
| 1/24/11 | | ✓ | 25 | Screenshot of the blank main/opening screen display from Sweet Home 3D. |
| 1/24/11 | | ✓ | 26 | Screenshot of the blank main/opening screen display from Pro100. |
| | | | | |
| | | | | |
| 1/24/11 | | ✓ | 29 | Screenshot of the blank main/opening screen display from ArchiCAD. |
| | | | 30A | Video of the operation of 20-20 Design versions 6.1, 6.4 and/or 8.1, with and without comparisons |

3

| Date offered | Marked | Admitted | No. | Description |
|---|---|---|---|---|
| | | | | with ProKitchen versions 2.0 and/or 3.0, PlanIt Fusion version 14.2.8 and Chief Architect X2. |
| | | | 30B | Abridged version of Video of the operation of 20-20 Design versions 6.1, 6.4 and/or 8.1, with and without comparisons with ProKitchen versions 2.0 and/or 3.0, PlanIt Fusion version 14.2.8 and Chief Architect X2 |
| | | | 31 | Expert Report of Prof. Davis Dated May 5, 2009. |
| | | | 32 | Rebuttal Expert Report of Prof. Davis dated July 1, 2009. |
| | | | 33 | Affidavit of Prof. Davis dated July 20, 2009. |
| 1/24/11 | | ✓ | 34 | Screenshot of the preview/info box, edit box, catalog box, drag & drop list and search box of 20-20 Design and ProKitchen. |
| 1/24/11 | | ✓ | 35 | Screenshot of the vertical toolbars of 20-20 Design and ProKitchen. |
| 1/24/11 | | ✓ | 36 | Screenshot of the horizontal toolbars and main menus of 20-20 Design and ProKitchen. |
| 1/24/11 | | ✓ | 37 | Screenshot of the Dimensions Display Settings dialog boxes of 20-20 Design and ProKitchen. |
| 1/24/11 | | ✓ | 38 | Screenshot of the Grid Display Settings dialog boxes of 20-20 Design and ProKitchen. |
| 1/24/11 | | ✓ | 39 | Screenshot of the Units Display Settings dialog boxes of 20-20 Design and ProKitchen. |
| 1/24/11 | | ✓ | 40 | Screenshot of the View and Place submenus of 20-20 Design and ProKitchen. |
| 1/24/11 | | ✓ | 41 | Screenshot of the Dimensions/Measurements and Notes/Comments submenus, and the Note/Comment dialog boxes of 20-20 Design and ProKitchen. |
| 1/24/11 | | ✓ | 42 | Screenshot of the catalog box, drag & drop list and |

| Date offered | Marked | Admitted | No. | Description |
|---|---|---|---|---|
| | | | | edit box of 20-20 Design and ProKitchen. |
| 1/24/11 | | ✓ | 43 | Screenshot of the Place dialog boxes of 20-20 Design and ProKitchen. |
| 1/24/11 | | ✓ | 44 | Screenshot of the legal disclaimers of 20-20 Design, ProKitchen, Chief Architect and PlanIt Fusion. |
| | | | 45 | Supplemental Expert Report Prof. Davis dated March 15, 2010. |
| | | | 46 | Chart: "Protectable Expression in 20-20 Design Copied by Real View," dated July 22, 2009 prepared by Prof. Davis. |
| | | | 47A | Tables and graphs from Updated Expert Report of Creighton G. Hoffman Regarding Damages dated March 15, 2010. |
| | | | 47B | Updated Expert Report of Creighton G. Hoffman Regarding Damages dated March 15, 2010. |
| 1/26/11 | | ✓ | 47C | Resume and Testimonial Experience of Creighton G. Hoffman |
| | | | | |
| 1/26/11 | | ✓ | 49 | 20-20 Technologies, Inc. 2009 Annual Report: "Visualize the Power" |
| 1/25/11 | | ✓ | 50 | Spreadsheet of sales history of 20-20 Design in the United States and Canada by month from 2005 to present. |
| 1/25/11 | | ✓ | 51 | Spreadsheet of revenues from 20-20 Design in the United States and Canada by month from 2005 to present. |
| 1/25/11 | | ✓ | 52 | Promotional pricing chart for 20-20 Design - "Year End Promotion 2008" |
| 1/25/11 | | ✓ | 53 | Promotional pricing chart for 20-20 Design - "July 2008 Promotion" |

5

| Date offered | Marked | Admitted | No. | Description |
|---|---|---|---|---|
| 1/25/11 | | ✓ | 54 | Promotional pricing chart for 20-20 Design - "KBIS Show 2009" |
| 1/25/11 | | ✓ | 55 | Spreadsheet of customers explaining decisions to purchase ProKitchen over 20-20 Design. |
| | | | 56 | Email dated January 14, 2008 from Cathy Smith to Manon Boucher, regarding ProKitchen. |
| | | | 57 | Email dated April 3, 2008 from Cathy Smith to Manon Boucher, regarding ProKitchen. |
| | | | 58 | Email dated March 28, 2007 from Al Andrade to various recipients, regarding ProKitchen. |
| | | | 59 | Email dated March 28, 2007 from Dennis Sass to various recipients, regarding ProKitchen. |
| | | | 60 | Email dated March 28, 2007 from Dennis Sass to various recipients, regarding ProKitchen and pricing information. |
| 1/25/11 | | ✓ | 61 | Email dated July 2, 2008 from Louse Chartier to Ted Fortune and Manon Boucher, regarding ProKitchen and cabinet manufacturers. |
| 1/25/11 | | ✓ | 62 | Email dated June 19, 2008 containing ProKitchen 2008 Newsletter and Pricing Information. |
| 1/25/11 | | ✓ | 63 | Email dated July 21, 2008 from Frank Namad to Billy Smith, regarding ProKitchen. |
| 1/25/11 | | ✓ | 64 | Email dated August 14, 2008 from Jean Cline to Monica Coughlin, regarding ProKitchen. |
| 1/25/11 | | ✓ | 65 | Email dated September 12, 2008 from Tom Bachorski to Manon Boucher, regarding ProKitchen. |
| 1/25/11 | | ✓ | 66 | Email dated October 14, 2008 from Frank Namad to Joanne Robinson, regarding ProKitchen. |
| | | | 67 | Email dated October 30, 2008 from Al Andrade to Manon Boucher, regarding ProKitchen. |

| Date offered | Marked | Admitted | No. | Description |
|---|---|---|---|---|
| 1/26/11 | | ✓ | 68 | Email dated January 13, 2009 from Monica Coughlin to Donald Wieringa, regarding ProKitchen. |
| 1/24/11 | | ✓ | 69 | Email dated January 22, 2009 from Morton Block to various recipients, regarding ProKitchen. |
| | | | 70 | Email dated January 26, 2009 from Joanne Robinson to Ted Fortune, regarding ProKitchen. |
| 1/26/11 | | ✓ | 71 | Email dated February 4, 2009 from Brad Fortune to various recipients, regarding ProKitchen. |
| 1/25/11 | | ✓ | 72 | Email dated February 3, 2009 containing advertisement "Switch to ProKitchen at No Additional Cost" |
| | | | 73 | Email dated April 7, 2009 from Carole Mastrogiorgio to Manon Bouche, regarding ProKitchen. |
| 1/24/11 | | ✓ | 74 | Email dated May 21, 2008 from Zachary Schiller to Louise Chartier, regarding blog postings about ProKitchen. |
| 1/24/11 | | ✓ | 75 | Email dated September 30, 2009 containing ProKitchen advertisement in Kitchen and Bath Design News. |
| 1/25/11 | | ✓ | 76 | Email dated November 23, 2009 containing advertisement "ProKitchen - New Leader in K&B Professional Design Software". |
| 1/25/11 | | ✓ | 77 | Email dated January 6, 2010 containing a ProKitchen employment advertisement for sales representatives. |
| | | | 78 | Email dated March 2, 2010 from Carole Mastrogiorgio to Manon Boucher, regarding ProKitchen. |
| | | | 79 | Email dated January 29, 2010 from Jackie Hostetler to Zachary Schiller, regarding ProKitchen. |

| Date offered | Marked | Admitted | No. | Description |
|---|---|---|---|---|
| 1/25/11 | | ✓ | 80 | Email dated March 9, 2010 containing advertisement: "ProKitchen - Three New Projects by Popular Demand". |
| 1/25/11 | | ✓ | 81 | ProKitchen advertisement: "Should your design software security bundle expire?" |
| 1/26/11 | | ✓ | 82 | Excerpts from Real View's Responses to Interrogatories dated September 15, 2008. |
| 1/24/11 | | ✓ | 83 | Financial information of Real View for 2006. |
| 1/24/11 | | ✓ | 84 | Financial information of Real View for 2007. |
| 1/26/11 | | ✓ | 85 | Financial information of Real View for 2008. |
| 1/24/11 | | ✓ | 86 | Financial information of Real View for 2009. |
| 1/24/11 | | ✓ | 87 | ProKitchen Advertisement - Java Technology to the Kitchen and Bath Industry. |
| | | | 88 | ProKitchen Advertisement - One More Reason to Switch to ProKitchen. |
| | | | | |
| 1/25/11 | | ✓ | 90 | Real View advertisement in Kitchen & Bath Design News May 2008 for sales representatives with experience in 20-20 Design. |
| 1/26/11 | | ✓ | 91 | Real View advertisement in Kitchen & Bath Design News October 2007 for sales representatives with experience in 20-20 Design. |
| 1/26/11 | | ✓ | 92 | Real View advertisement in Kitchen & Bath Design News May 2007 for sales representatives with experience in 20-20 Design. |
| 1/25/11 | | ✓ | 93 | Real View advertisement in Kitchen & Bath Design News September 2007 for sales representatives with experience in 20-20 Design. |
| 1/25/11 | | ✓ | 94 | Real View advertisement in Kitchen & Bath Design News June 2008 for sales representatives with |

8

| Date offered | Marked | Admitted | No. | Description |
|---|---|---|---|---|
| | | | | experience in 20-20 Design. |
| | | | 95 | Pricing list for ProKitchen (www.prokitchensoftware.com/pricing.stm) |
| | | | | |
| 1/26/11 | | ✓ | 97 | 20-20 Design software program version 6.1. |
| 1/24/11 | | ✓ | 98 | 20-20 Design software program version 6.4. |
| 1/24/11 | | ✓ | 99 | 20-20 Design software program version 8.1. |
| 1/26/11 | | ✓ | 100 | Excerpts from Affidavit of Boris Zeldin in Support of Real View, LLC's Motion for Summary Judgment, dated June 3, 2009. |
| 1/26/11 | | ✓ | 101 | Excerpts from Real View LLC, Boris Zeldin and Leonid Perlov's Pre-Trial Memorandum, dated July 13, 2009. |
| 1/26/11 | | ✓ | 102 | Excerpts from Real View LLC's Memorandum of Law in Support of its Motions in Limine, dated June 2, 2010. |
| | | | 103 | Email dated May 26, 2010 from Cathy Smith to various recipients regarding ProKitchen. |
| | | | 104 | PlanIt Fusion software program. |
| | | | 105 | Chief Architect software program. |
| | | | 106 | KitchenDraw software program. |
| | | | 107 | CET Configura Designer software program. |
| | | | 108 | Sweet Home 3D software program. |
| | | | 109 | Pro100 software program. |
| | | | 110 | Revit Architecture software program. |
| | | | 111 | KCDW software program. |
| | | | 112 | ArchiCAD software program. |

9

| Date offered | Marked | Admitted | No. | Description |
|---|---|---|---|---|
| 1/28/11 | | ✓ | 113 | Email dated October 13, 2010 from ProKitchen to Brad Fortune regarding "Upgrade Your Current Software or Switch to ProKitchen – Compare the Cost". |
| 1/26/11 | | ✓ | 114 | Excerpts from Real View, LLC's Answer to Counterclaim and Third Party Complaint. |
| 1/31/11 | | ✓ | 115 | License Agreement for ProKitchen 2.0. |
| | | | 116 | License Agreement for ProKitchen 3.0. |
| 1/24/11 | | ✓ | 117 | Comparison: 20-20 Design version 6.1 and ProKitchen 2.0. |
| 1/24/11 | | ✓ | 118 | Comparison: 20-20 Design version 6.4 and ProKitchen 2.0. |
| 1/24/11 | | ✓ | 119 | Comparison: 20-20 Design version 8.1 and ProKitchen 3.0. |
| 1/24/11 | | ✓ | 120 | Comparison: 20-20 Design, ProKitchen and Competitor Programs |
| 1/24/11 | | ✓ | 121 | Screenshot from Real View's ProKitchen website (http://www.prokitchensoftware.com/first.stm) |
| | | | 122 | October 12, 2010 Updated Expert Report of Creighton G. Hoffman Regarding Damages |
| | | | 123 | Tables and Graphs from October 12, 2010 Updated Expert Report of Creighton G. Hoffman Regarding Damages. |
| | | | 124 | Screenshots of Help Files from ProKitchen 2.0 |
| 1/26/11 | | ✓ | 125 | Resume and testimonial experience of Professor Randall Davis. |
| 1/26/11 | ✓ | | A | TRANSCRIPT OF VIDEO DEPO OF MORROW BAXTER |

January 17, 2011

10