UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*Received 2/4/2011 at 3:06 PM*

```
REAL VIEW, LLC,                )
                               )   07-cv-12157-PBS
     v.                        )
                               )
20-20 TECHNOLOGIES, INC.       )
                               )
_____)
                               )
20-20 TECHNOLOGIES, INC.       )
                               )
     v.                        )
                               )
REAL VIEW, LLC, BORIS ZELDIN AND )
LEONID PERLOV                  )
_____)
```

## JURY VERDICT FORM

SARIS, U.S.D.J.

### Copyright Infringement

1. Did 20-20 Technologies, Inc. prove that Real View, LLC, Boris Zeldin and Leonid Perlov (collectively "Real View") infringed 20-20 Technologies, Inc.'s ("20-20") copyright in the default screen shot of 20-20 Design version 6.1?

    (a) ProKitchen 2.0

        Yes _____    No ✓

    (b) ProKitchen 3.0

        Yes _____    No ✓

    (c) Did any such infringement cause 20-20 harm?

        Yes _____    No ✓

2. Did 20-20 prove Real View infringed 20-20's copyright in the main screen display including its constituent elements of 20-20 Design version 6.1?

    (a) ProKitchen 2.0

        Yes _____        No ✓

    (b) ProKitchen 3.0

        Yes _____        No ✓

    (c) Did any such infringement cause 20-20 harm?

        Yes _____        No ✓

3. Did 20-20 prove that Real View infringed 20-20 Technologies, Inc.'s copyright in the default screen shot of 20-20 Design version 6.4?

    (a) ProKitchen 2.0

        Yes _____        No ✓

    (b) ProKitchen 3.0

        Yes _____        No ✓

    (c) Did any such infringement cause 20-20 harm?

        Yes _____        No ✓

4. Did 20-20 prove that Real View infringed 20-20 Technologies, Inc.'s copyright in the main screen display including its constituent elements of 20-20 version 6.4?

    (a) ProKitchen 2.0

        Yes _____        No ✓

    (b) ProKitchen 3.0

        Yes _____        No ✓

    (c)    Did any such infringement cause 20-20 harm?

          Yes _____          No ✓

5.    Did 20-20 prove that Real View infringed 20-20 Technologies, Inc.'s copyright in the default screen shot of 20-20 version 8.1?

    (a)    ProKitchen 2.0

          Yes _____          No ✓

    (b)    ProKitchen 3.0

          Yes _____          No ✓

    (c)    Did any such infringement cause 20-20 harm?

          Yes _____          No ✓

6.    Did 20-20 prove that Real View infringed 20-20 Technologies, Inc.'s copyright in the main screen display including its constituent elements of 20-20 version 8.1?

    (a)    ProKitchen 2.0

          Yes _____          No ✓

    (b)    ProKitchen 3.0

          Yes _____          No ✓

    (c)    Did any such infringement cause 20-20 harm?

          Yes _____          No ✓

**Trade Dress Infringement**

7.    Did 20-20 prove that Real View infringed 20-20 Technologies, Inc.'s trade dress?

    (a)    ProKitchen 2.0

           Yes _____          No  ✓ 

    (b)    ProKitchen 3.0

           Yes _____          No  ✓ 

8. If you answered yes to Question 7, did 20-20 prove that any infringement of trade dress caused it harm?

    (a)    ProKitchen 2.0

           Yes _____          No _____

    (b)    ProKitchen 3.0

           Yes _____          No _____

**Intentional Interference with Advantageous Relations**

9. Did 20-20 prove that Real View engaged in intentional interference with 20-20 Technologies, Inc.'s advantageous relations?

    (a)    ProKitchen 2.0

           Yes _____          No  ✓ 

    (b)    ProKitchen 3.0

           Yes _____          No  ✓ 

10. Did 20-20 prove that any such intentional interference caused it harm?

    (a)    ProKitchen 2.0

           Yes _____          No  ✓ 

    (b)    ProKitchen 3.0

           Yes _____          No  ✓ 

**Damages**

11. What is the total amount of money you award 20-20 Technologies, Inc. for damages caused by Real View's actions? Do not include damages from Question 14.

    (a)   lost profits of 20-20

                                              _____ dollars

                                              _____ words

    (b)   unjust enrichment of Real View

                                                _____ dollars

                                              _____ words

12. If you find that Real View infringed 20-20's copyright with respect to both compilations, do you find that the amount of damages resulting from the infringement of each compilation differed?

        Yes _____             No _____

13. If your answer to (12) was yes, what amount of damages do you find were caused by

        the default screen shot? $ _____    words_____

        the main screen display? $ _____    words_____

14. What amount of money do you award 20-20 Technologies, Inc. for damages caused solely by Real View's download of version 6.1? Do not include these damages in your answer to Question 11.

$1,370,590 dollars

One Million three hundred seventy thousand Five hundred ninety dollars. words

I certify that the answer to the above questions are unanimous.

Richard Russell
Foreperson

DATED: 2/4/2011