# EXHIBIT B

## ProKitchen Ads



PLAINTIFF'S
EXHIBIT
75
07-12157 PBS

**From:** Kitchen & Bath Design News [mailto:webmaster@cygnusb2b.com]
**Sent:** Wednesday, September 30, 2009 4:01 PM
**To:** AL ANDRADE
**Subject:** Welcome to the September Product Showcase

To ensure future delivery of Cygnus - Kitchen & Bath Design News e-mail promotions and newsletters to your inbox (not bulk or junk folders) please add our "From" address webmaster@cygnusb2b.com to your address book or e-mail whitelist.



The leading business, design and product resource for the kitchen & bath trade

product showcase

| Real View | Chief Architect |
|---|---|

## ProKitchen™

### ProKitchen
### Design & Pricing Software for Win and MAC Access to UNLIMITED Manufacturers' Catalogs

**Own ProKitchen - $995
plus $495 support fee
OR
Quarterly Payment Plan
For Only 4 Payments Of $549**

ProKitchen Showroom Software is FREE
ProCatalog is FREE
with ProKitchen Purchase

**SWITCH TO PROKITCHEN
Competition is Always Good!
Prices on Design Software have gone way
DOWN! Many Dealers have Already
Switched to ProKitchen!
Why not you? Don't wait!
NO RISK, NO ADDITIONAL MONEY!
CALL US FOR DETAILS!**
sales@prokitchensoftware.com
617-868-5151 ext 1

www.prokitchensoftware.com
www.prokitchensoftware.com/catalogs
sales@prokitchensoftware.com



$1,495

The new Chief Architect Interiors product is specifically for interior design professionals and is a powerful easy to use 3D design tool for kitchens, baths, and interior design projects.

New features include:

- Cabinet Catalogs – manufacturer and generic cabinets for creating custom kitchens & baths
- 2D and 3D automated building and design tools
- Automated materials lists and schedules for pricing and cost estimating
- Create construction drawings per NKBA standards with line weights, dimensions, centerlines, and CAD details.

**Download a Free Trial Version at
www.chiefarchitect.com/FreeTrial**

1485252

| 617-868-5151 ext 1 | ## Chief Architect® |
|---|---|
| **American Standard** | kitchenbathdesign.com |

### Furniture-Inspired Toilets: High Style, High Efficiency

Porcher and American Standard are redefining the architecture of toilets with unique new shapes and profiles supported by the best clog-free performance in the industry.



The design inspiration came from furniture, which is interesting, since chamber pots were often disguised as furniture during the Renaissance.

Available in both 1.6 gpf and high-efficiency models that use as little as 1.0 gallons of water to flush, the new collection of one-piece toilets incorporates concealed trapways, flat-top tanks and decorative edging.

Porcher offerings include the tailored Chapeau; the contemporary Veneto and the classically detailed Archive: www.porcher-us.com

American Standard options are the traditional Town Square® and the stately Boulevard: www.americanstandard.com



To advertise your product or service in next month's *Kitchen and Bath Design News* product showcase, please contact Tim Steingraber. He can be reached at 847-454-2723 or Tim.Steingraber@cygnusb2b.com



www.kitchenbathdesign.com

Your Email address has not been given to any third parties. This special offer is only sent to Cygnus - Kitchen & Bath Design News subscribers who opted-in to receive information and special offers when signing up for a print subscription or via the Cygnus - Kitc & Bath Design News website. You can elect to no longer receive offers such as these by following the opt-out instructions at the bottom of this email.

This email is being sent to al@c-p-tech.com.
Use this link to delete or update your profile Forward this message to a friend

You can choose to not receive further mailings by clicking on the link above. If you have trouble with this link, simply forward thi message to rem@cygnusb2b.com with "#RM#381244,381244 in the subject line. ReachMail does not tolerate spam. Please notify via email at violation@cygnusb2b.com regarding any spam issues. If you have trouble with any of these methods, you can reach t toll-free at 800-547-7377.

*Powered by* REACHMAIL℠
This message was sent by Cygnus - Kitchen & Bath Design News using ReachMail. Read our Privacy Policy.

**Cygnus Business Media**
11720 Beltsville Drive
3rd Floor
Beltsville, Maryland 20705

PLAINTIFF'S
EXHIBIT
76
07-12157 PBS



**From:** Kitchen & Bath Design News [mailto:webmaster@cygnusb2b.com]
**Sent:** Monday, November 23, 2009 8:32 AM
**To:** TED FORTUNE
**Subject:** ProKitchen – New Leader in K&B Professional Design Software



## ProKitchen – New Leader in the K&B Professional Design Software

**Kitchen & Bath Dealers:**
Switch your current Professional Design Software for ProKitchen at no license cost.
Keep your your current software and get a free ProKitchen license.
NO EXCHANGE is needed. Just SWITCH your support plan to ProKitchen.
Pay only $495 annual maintenance for the first license and $270 annual maintenance for each additional license. Plus get a Free Hardware Key with each license switched.

**Kitchen & Bath Manufacturers and Manufacturers' Reps:**
Get your FREE ProKitchen License, FREE Catalog Development and Support.

### ProKitchen for Kitchen & Bath Dealers

**WHY SHOULD I SWITCH TO PROKITCHEN?**

- **Astonishing Photo-realistic 3D** Full Rotational. No Cameras.
- **Exact Manufacturer's Door Styles and Finishes.** No need to select the matching Finishes and Styles.
- **FREE Showroom Software** for your customers with more than 3,000 Finishes and Styles.
- **ProKitchen Never Crashes.** ProKitchen is based on Java Technology. Java means stable software. No Crashing! Never lose your designs!
- **All Necessary Design Features:** Automatic Stacking Moldings, Multi-Catalog Designs, etc.
- **PC or Apple MAC ProKitchen** is the only catalog supported software for MAC.
- **Easy Self Training with Video** Takes you 1-2 hours to become a ProKitchen designer.
- **Define ProKitchen Future** We listen to our customers 120 customer requests equals ProKitchen 4.0 going to be released next month!
- **Automatic Catalog Updates** No more waiting on updates. ProKitchen 4.0 will automatically search and update your catalogs when released.

### ProKitchen for Manufacturer's Sales Representatives



- **FREE ProKitchen License** Get your Free ProKitchen License with all your cabinet lines.
- **FREE Maintenance and Support** All Manufacturer Reps receive FREE Maintenance and Support Plans.
- **Add Revenue to your Sales** with ProKitchen Call us for the details of the SPIF program.
- **PLUS** all the benefits from ProKitchen See: ProKitchen for Dealers.

**Call us:** 617-868-5151 (Ext 3)

**e-mail:** info@prokitchensoftware.com

www.prokitchensoftware.com
www.prokitchensoftware.com/catalogs

### ProKitchen for K&B Manufacturers

**VIEW THE LIST OF SUPPORTED CATALOGS**

**ADD YOUR CATALOG TO PROKITCHEN TODAY AND RECEIVE:**

- **FREE Catalog Setup** for Manufacturers with more than 50 Dealers.
- **FREE ProKitchen Licenses** to the Manufacturer Employees.
- **FREE ProCatalog Software** for Catalog Updates. You can do the updates yourselves or we can do it for you.
- **ProKitchen for China** ProKitchen is available in Chinese and other languages. If you sell abroad please contact us to learn more.
- **Automatic Catalog Updates** for your dealers. Get your catalog changes to all your dealer computers in seconds with ProKitchen 4.0.
- **Broaden your Dealer base** by offering PC and MAC based ProKitchen solutions.
- **Get multiple license** discounted deals for all your dealers. Call for details.

**Call us:** 617-868-5151 (Ext 3)

**e-mail:** info@prokitchensoftware.com

www.prokitchensoftware.com
www.prokitchensoftware.com/catalogs

From: "Kitchen & Bath Design News" <webmaster@cygnusb2b.com>
Date: Tue, 09 Mar 2010 09:14:07 -0500
To: JOHN MORGAN<johnkmorgan@comcast.net>
Subject: ProKitchen - Three New Projects by Popular Demand.


PLAINTIFF'S
EXHIBIT
80
07-12159 PBS



# Visit us at KBIS 2010 - Booth S3835

**ProKitchen Update - New Projects by Popular Request
Automatic Distance Display - Requested by Former 2020 Users
Quick Cabinet Placement by SKU - Requested by Former Plan-it Users**

**In addition:**
We have doubled the customer support staff this month to promptly address the doubled number of new requests. We introduced the FREE weekly 3 hour basic and advanced on-line trainings to help the large influx of switching users to master ProKitchen.

Switch your current Professional Design Software for ProKitchen at no license cost.
Keep your current software and get a free ProKitchen license.
NO EXCHANGE is needed. Just SWITCH your support plan to ProKitchen.
Pay only $495 annual maintenance for the first license and $270 annual maintenance for each additional license.

Request your free trial at info@prokitchensoftware.com
or call us at 617-868-5151 (ext 1). Register for FREE ProKitchen trainings at
www.prokitchensoftware.com/training_seminars.stm

---

# Learn how to use the new features in minutes by using this YouTube Demo:

We have added a new measurement tool and a new way to place cabinets on your design. Are you tired of having to create a new line to line measurement when you need to know the distance between cabinets, our new tool eliminates that step. Now you can place cabinets with out dragging and dropping them on the design, you can place them around a room with simple keyboard commands. Check out this video tutorial to see how.

Direct Download Link

ProKitchen - New Leader in the K&B Professional Design Software


PLAINTIFF'S EXHIBIT
81
07-12157 PBS

If this HTML newsletter does not render correctly, click here for the online version



# We at ProKitchen don't think so!
# SWITCH TO PROKITCHEN
# To Receive the Design Software that NEVER expires!

If you switch to ProKitchen, you receive the security bundle that does not expire for FREE (value of $295). There is no obligation to be supported after the first year. We believe that it is up to you, the customer, to decide.

Before purchasing any design software, please make sure that your security bundle is not going to expire in a year. If you purchased the software license instead of the leasing license, you are entitled to have an access to the software you own at any time. Don't let your software vendor steal your permanent license by expiring the security bundle. Ask an advice from your legal counsel.

With ProKitchen purchase plan the security bundle DOES NOT EXPIRE!

Switch your current Professional Design Software for ProKitchen at no license cost. Keep your your current software and get a free ProKitchen license. NO EXCHANGE is needed. Just SWITCH your support plan to ProKitchen. Pay only $495 annual maintenance for the first license and $270 annual maintenance for each additional license. PLUS GET A FREE NON EXPIRING SECURITY BUNDLE!

Request your free trial at info@prokitchensoftware.com or call us at 617-868-5151 (ext 1).

Supported Manufacturer Catalogs: www.prokitchensoftware.com/catalogs ProKitchen 4.1 Videos: www.prokitchensoftware.com/41

# Register for FREE ProKitchen and ProCatalog Trainings

ProKitchen - New Leader in the K&B Professional Design Software          Page 2 of 2

| Registration | Date | Time | Day | Instructor |
|---|---|---|---|---|
| Free OnLine ProKitchen Training - ProKitchen 4.1 New Features 5/24 Linda | 05-24-2010 | 3pm - 5pm EST | Monday | Linda Robinson |
| Free On-line ProCatalog Training - Session One Paul Sielinsky | 05-25-2010 | 2pm - 5pm EST | Tuesday | Paul Sielinsky |
| Free On-line ProCatalog Training - Session Two Paul Sielinsky | 05-26-2010 | 2pm - 5pm EST | Wednesday | Paul Sielinsky |
| Free OnLine ProKitchen Training - Basic Level 6/3 Chris | 06-03-2010 | 9am - 12pm EST | Tuesday | Chris Midgely |
| Free OnLine ProKitchen Training - Advanced Level 6/15 Cinde | 06-15-2010 | 9am-12pm EST | Tuesday | Cinde Perkins |

## Contact Info
**Mailing address:**
RealView, LLC; 1050 Winter St, Suite 1000; Waltham, MA 02451

**Phone numbers:**
Sales: **(617) 868-5151** | Customer Support: **(617) 499-1991** | Fax: **(617) 868-5152**

**Email us at:**
General Information: **info@prokitchensoftware.com**
Customer Support: **support@prokitchensoftware.com**
Sales: **sales@prokitchensoftware.com**



PLAINTIFF'S EXHIBIT
87
07-12157 PBS

# ProKitchen™ 2008
## Java Technology to the Kitchen & Bath Industry
Newsletter June 2008 Issue

Thank you for your interest in the ProKitchen software. You will find that the ProKitchen design software creates a professional presentation package, is easy to understand as well as being very affordable. We invite you to **"Test Drive"** the ProKitchen program over the next two weeks. This download will give you complete access to the program so you can see its quality, ease of use and value. If you have any questions during your trial period please call me at 617-868-5151 ext 64.

Please use the following link to download ProKitchen CD to your computer. This is a complete ProKitchen software with the sample catalog. If you need a specific manufacturers catalog please email your request to support@prokitchensoftware.com. We will e-mail you the download link for your manufacturer(s) catalogs after we get you approved by your manufacturer(s). This approval process usually takes one to two days.  You can use ProKitchen at no charge for the trial period. During the trial period you can purchase ProKitchen by choosing one of our purchase plans. Please see the pricing information below.

### ProKitchen Version 3.0

**ProKitchen Installation instructions:**
After having the file downloaded, double-click on the ProKitchen icon (installed on your desktop) and the installation will proceed automatically.
For installation please use the following **Product Key Number: SY3N-81NSQH-3AB3JF-YET6**
**Description: ProKitchen 2008 v 3.0.37 with Custom Catalog (882MB)**
**Download:** http://www.sendspace.com/pro/dl/w7y7hv

### Training Option Downloads:

**1. FREE ProKitchen 2008 Tutorial Manual Download (PDF Format 26MB):**
**Download:** http://www.sendspace.com/pro/dl/ykrcwo

**2. FREE ProKitchen 2008 New Features Tutorial (Media Player Format 58MB)**
**Download:** http://www.sendspace.com/pro/dl/m2zpmd

**3. FREE ProKitchen 2008 Complete Tutorial (Media Player Format 75MB):**
**Download:** http://www.sendspace.com/pro/dl/y6ntu9

Note: Please use the first 30 pages of the ProKitchen 2008 Tutorial Manual to learn the basics of the program. This will save you a lot of time and questions.

If you have any questions please call me at 617-868-5151 Ext 64.

Thank You,
Paul Sielinsky

*The pricing information is attached under the Newsletter.*

7/14/2008

If this HTML newsletter does not render correctly, click here for the <u>online version</u>

by RealView

**THE NEW ERA STARTS NOW**



   

   

   

   

   

   

And

**Photo-Realistic 3D**

7/14/2008



**Design With Ease**





### NEW FEATURES in 2008

**Under Cabinet Lighting**
**Save Groups to Insert into Another Design**
**Extended Bath Catalog (200+ items)**
**Cathedral Ceilings**
**Save to PDF**
**Add Your Items to Bill Of Materials**
**Improved Black and White 3D View**
**Improved Print of Drawings**
**And much more...**

**Products**

| # | SKU | Qty | Quote #1 | Quote #2 |
|---|-----|-----|----------|----------|
| 1 | SB39 | 1 | 1193.92 | 799 |
| 2 | BT9R | 1 | 797.44 | 637 |
| 2.1 | Hinge R | 1 | 0 | |
| 3 | BT9L | 1 | 797.44 | 637 |
| 3.1 | Hinge L | 1 | 0 | |
| 4 | F330 - (B) | 1 | 75.04 | 67 |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | Cabinet | | |
| 9 | | | | |
| 10 | | | | |
| 11 | Series | | | |

**Options**

| Option | Quote | Val |
|--------|-------|-----|
| Series | | |

**Accurate Pricing**
**Multi-Quote Report**

7/14/2008

Quote #2    v
Quote #3    c
Quote #4    s
Quote #5    v



**Attention to Detail**

**Add More Catalogs ...**

**Please contact your Manufacturer to have your catalogs added to ProKitchen. We can have their catalogs ready within four to six weeks.**



**We Listen ...**
**Please let us know what additional features you would like to see in the future ProKitchen releases:** support@prokitchensoftware.com.

Order Trial

 **Phone:617-868-5151 Ext 65     support@prokitchensoftware.com     www.prokitchens**

ProKitchen has a very flexible and affordable price structure. We offer the following three options for purchasing the program.

*Option1: ProKitchen Subscription Plan:*

7/14/2008

An annual subscription for ProKitchen is only **$795** per year, for the first license. Each additional license is only **$695** per year, per computer. The annual subscription includes complete customer and technical support as well as catalog updates from all supported manufacturers and ProKitchen upgrades.

### *Option2: ProKitchen Flat Rate (Purchase) Plan:*

ProKitchen may be purchased for a one-time investment of only **$1,495** with an optional **$495** maintenance package (required for the first year). Each additional license can be purchased for a one-time fee of **$1,345**, per computer, with an optional **$295** maintenance package (required for the first year). Maintenance packages must be up-to-date to receive annual updates and customer support. The annual subscription includes complete customer and technical support as well as catalog updates from all supported manufacturers and ProKitchen upgrades.

### *Option 3: Exchange Plan:*

Exchange your current Professional Kitchen Design Software security bundle and hardware key(s) for the ProKitchen program. Only **$595** including support and maintenance (the first year). Keep the traded keys for up to 6 months during your transition. This is a limited time offer, so call now.. Call us for details at 617-868-5151 (ext 1) or e-mail to sales@prokitchensoftware.com.

### *ProKitchen Hardware Keys:*

Hardware Keys allow the user to transfer their ProKitchen license from one computer to another, such as from a desk top to a lap top. This key will allow a single user to activate their license on multiple computers without purchasing an additional license, but only one person can use the license at a time. The Hardware Key will not allow multiple users on a single license. With the Subscription Plan (Option 1) the key is only **$95** per year. With the Purchase or Exchange Plans (Options 2 and 3) the key is only **$295** (one-time fee).

### *ProKitchen Open Enrollment Seminar:*

ProKitchen intermediate/advanced training seminars can be held at any location in the United States with a minimum of 10 attendees. If you are interested in attending or hosting a training seminar please call Greg at 617-868-5151 ext 60 or email us at gstohler@prokitchensoftware.com for details and/or to be added to our seminar list (you will be contacted once we have 10 or more attendees in a selected location). You may also want to ask your cabinet manufacturer sales reps about setting up a training seminar in your area (they may know of other dealers in your area that are wanting to attend a training seminar). The ProKitchen training seminars are only $395 per attendee. Seminars are typically from 8:30 am to 5:00 pm and include the full professional training manual. Each attendee can either bring a laptop or rent one from Real View.

7/14/2008


PLAINTIFF'S
EXHIBIT
113
07-12157 PBS

**From:** ProKitchen [mailto:ProKitchen@mail.vresp.com]
**Sent:** Wednesday, October 13, 2010 12:14 PM
**To:** bfortune@bellsouth.net
**Subject:** Upgrade Your Current Software or Switch to ProKitchen - Compare the Cost

If this HTML newsletter does not render correctly, click here for the online version

## Upgrade Your Current Software or Switch to ProKitchen?

To upgrade your current design software you have to upgrade your current hardware? $2,000-3,000 investment per computer? Think again!

**SWITCH TO PROKITCHEN. NO HARDWARE UPGRADE IS REQUIRED. AND ENJOY NEW LIGHTS AND SHADOWS 3D TECHNOLOGY ON YOUR CURRENT HARDWARE.**

**COMPARE THE MINIMUM HARDWARE REQUIREMENTS AND YOUR COST TO UPGRADE OR SWITCH:**

|  | ProKitchen | ProKitchen's Main Competitor |
|---|---|---|
| Processor | 1.5GHz single | 2.16GHz duo processor |
| System Memory | 512M | 3GB(32bit)/6GB(64bit) |
| Graphics Card Memory | 64M | 256M |
| Hard Drive | 1.5GB free space | 4GB free space |
|  | ProKitchen on MAC | ProKitchen's Main Competitor |
|  | Any MAC laptop starting with MacBook | No Mac Support |




**For Windows**              **OR**              **Apple MAC**

**Switch your Current Professional Design Software for ProKitchen at No License Cost.**
**Pay only $495 annual maintenance for the first license and $270 for each additional.**
**Plus FREE NON EXPIRING SECURITY BUNDLE!**
**PLUS: ProKitchen Showroom is FREE for you and your Clients**
**Contact us: 617-868-5151(ext1) sales@prokitchensoftware.com**


**THE NEW ERA HAS ARRIVED**

sales@prokitchensoftware.com   |   Ph: 617-868-5151   |   Fax: 617-868-5152
www.prokitchensoftware.com   |   www.prokitchensoftware.com/catalogs

10/14/2010

# The ProKitchen™ Family

EX. NO. 221
1:07-cv-12157-PBS

## Affordable, Professional Kitchen Software

### ProKitchen™

**Wouldn't it be nice to have a professional kitchen planner for free?**

Modern cost-efficient technologies made free professional kitchen software a reality. ProKitchen™ has all the advanced features needed by kitchen professionals:

- Collision detection
- Auto snapping
- Custom cabinet editor
- Custom room sketcher
- Astonishing 3D visualization
- Drag and drop items
- Undo/Redo feature
- Door style validation
- Quote reports
- NKBA validation
- And more ...

### ProKitchen-i™

**A professional kitchen planner on the Web?**

Yes! ProKitchen-i™ is our web version of ProKitchen™. Accessible by customers from anywhere, ProKitchen-i™ provides instant access to manufacturers' catalog updates.

### ProQuote™

**Overwhelmed by the paperwork?**

Start using ProQuote  – our free electronic ordering solution. Simple and efficient, ProQuote™ saves time, cuts paperwork and eliminates costly ordering mistakes. In just a few minutes, dealers can generate cabinetry orders, accurately price them and send the orders to manufacturers. ProQuote™ orders can be readily imported into Pattern Systems programs for further processing.

### ProCatalog™

**Do you manage your catalog efficiently?**

With ProCatalog™, you will be able to update and deliver your catalog in a matter of minutes. ProCatalog's user-friendly design makes catalog management a quick and simple task — saving you time and money.





ProKitchen Showroom

EX. NO. 222
1:07-cv-12157-PBS

# Free ProKitchen Design 3D-Viewer for Your Clients

ProKitchen Showroom
Your Logo Here
Catalogs: Manufacturer Catalog
Global Options
Values
Series
Premier Series
Wood Species
Maple
Finish
Grey Stone
Brighton Arch
Brighton Square
Bristol Character ...
Bristol Cherry
Bristol Maple
Essex Maple

**You can also:**

**E-mail your clients the ProKitchen Showroom download link.**
**Burn and distribute ProKitchen Showroom CDs to your clients for FREE.**

**www.prokitchensoftware.com/download/showroom/standard_edition**

**With the Standard Edition your clients can preview their design in 3D and change the door styles, finishes, countertops, flooring and wall colors and/or textures.**

**www.prokitchensoftware.com/download/showroom/light_edition**

**With the Light Edition your clients can only preview their design in 3D. light version is faster to download, however does not allow your client to change colors.**

**www.prokitchensoftware.com/download/showroom_label**

**You can download ProKitchen Showroom CD Label to print it out and distribute the program on CD.**

**Ph: 617-868-5151**
**Fax: 617-868-5152**
**sales@prokitchensoftware.com**
**www.prokitchensoftware.com**

# *ProKitchen Showroom*

## Free ProKitchen Design 3D-Viewer for Your Clients

Step 1: Create a professional kitchen design in ProKitchen.
Step 2: Email the 3D view to your client.
Step 3: Your client opens their design in the 3D Showroom.
Step 4: Your client chooses various door styles, finishes and colors at their leisure.
Step 5: Your client e-mails their design back to you with their final selections.

**I've completed another design in ProKitchen.**

**Keeps your clients involved in the design process.**
**Builds a better communication with your clients.**
**Creates a uniqueness not found at your competition.**





**I'll email the design to my client** ←
**to see what they think.**

I'll open my design in ProKitchen Showroom. Wow, this is incredible.
I can rotate, zoom and change cabinet door styles and finishes. I can
even change the colors on my countertops, floors, and walls. I love
the selections that I've made, now I can save the design and e-mail
it back to my designer. This was very helpful and easy to use.

You can also:
**E-mail your clients the ProKitchen Showroom download link.**
**Burn and distribute ProKitchen Showroom CDs to your clients for FREE.**

**www.prokitchensoftware.com/download/showroom/standard_edition**

With the Standard Edition your clients can preview their design in 3D and change
the door styles, finishes, countertops, flooring and wall colors and/or textures.

**www.prokitchensoftware.com/download/showroom/light_edition**

With the Light Edition your clients can only preview their design in 3D.
The light version is faster to download, however does not allow your
client to change colors.

**www.prokitchensoftware.com/download/showroom_label**

You can download ProKitchen Showroom CD Label to print it out
and distribute the program on CD.



**Ph: 617-868-5151**
**Fax: 617-868-5152**
**sales@prokitchensoftware.com**
**www.prokitchensoftware.com**

# ProKitchen™

USDC DE 1/24/9 **RV**

E.X. No. _223_

1:07-cv-12157-PBS



**Photo-Realistic 3D**

**Attention to Detail**



## NEW FEATURES:

- Under Cabinet Lighting
- Insert Design into Design
- Extended Bath Catalog (200+ items)
- Cathedral Ceilings
- Save to PDF
- Add Your Items to BOM
- Improved Black and White 3D View
- Improved Print of Drawings
- And much more ...



## Add More Catalogs ...

Please contact your Manufacturer to have your catalogs added to ProKitchen.
We will have your catalogs ready within four to six weeks.

## We Listen ...

Please let us know what additional features you would like to see in the future
ProKitchen releases: sales@prokitchensoftware.com

**THE NEXT GENERATION PROFESSIONAL KITCHEN PLANNER**