IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

REAL VIEW, LLC,

    Plaintiff,

v.

20-20 TECHNOLOGIES, INC.,

    Defendant.

20-20 TECHNOLOGIES, INC.,

    Counterclaim-Plaintiff,

v.

REAL VIEW, LLC,

    Counterclaim-Defendant, and

BORIS ZELDIN and LEONID PERLOV,

    Additional Party Defendants in Counterclaim.

CIVIL ACTION NO. 07-12157-PBS

**STIPULATED MOTION FOR LEAVE TO FILE
MEMORANDA NOT TO EXCEED 40 PAGES IN SUPPORT OF AND IN OPPOSITION
TO MOTION FOR NEW TRIAL OR REMITTITUR**

Pursuant to Local Rule 7.1(b)(4), the parties, through undersigned counsel, respectfully move for leave to file memoranda not to exceed 40 pages in support of, and in opposition to, Real View, LLC's Motion for New Trial or Remittitur.

As grounds for this motion the parties state as follows:

1.    This case was tried before a jury for ten days between January 18, 2011 and February 3, 2011. The trial transcript exceeds 1400 pages, and the parties introduced approximately 200 exhibits, in total.

1

2.      Real View will file a timely motion for new trial or remittitur, and 20-20 will oppose that motion.  Counsel for the parties have discussed this motion, and have agreed that, given the length of the record and the complexity of the issues expected to be raised, it is in the interests of justice to permit each party a page limit of 40 pages for supporting and opposing memoranda.

Accordingly, the parties respectfully move for leave to file supporting and opposing memoranda not to exceed 40 pages.

SO ORDERED

_____
PATTI B. SARIS
United States District Judge


Entered _____, 2011 at Boston, MA

Respectfully submitted,

| | |
|---|---|
| REAL VIEW, LLC, BORIS ZELDIN and LEONID PERLOV | 20-20 TECHNOLOGIES, INC. |
| By their attorneys, | By its attorneys, |
| /s/ Lee T. Gesmer<br>Lee T. Gesmer (BBO #190260)<br>Joseph J. Laferrera (BBO No. 564572)<br>Nancy M. Cremins (BBO #658932)<br>GESMER UPDEGROVE LLP<br>40 Broad Street<br>Boston, Massachusetts 02109<br>(617) 350-6800<br>email: lee.gesmer@gesmer.com<br>email: joe.laferrera@gesmer.com<br>email: nancy.cremins@gesmer.com | /s/Lawrence R. Robins<br>Lawrence R. Robins (BBO # 632610)<br>Jonathan M. Gelchinsky (BBO # 656282)<br>-email: larry.robins@finnegan.com<br>-email: jon.gelchinsky@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.<br>55 Cambridge Parkway<br>Cambridge, MA 02142<br>Tel.: 617.452.1600<br>Fax: 617.452.1666 |

Dated: July 5, 2011

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 5, 2011, I electronically filed the foregoing with the Clerk for the United States District Court for the District of Massachusetts by using the CM/ECF system. I certify that all participants in the case are registered CM/ECT users and that service will be accomplished by the CM/ECT system.

                                                      /s/ Lee T. Gesmer
                                                      Lee T. Gesmer